UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRUE HEALTH CHIROPRACTIC INC,

    Plaintiff,

    v.

MCKESSON CORPORATION,

    Defendant.

Case No. 13-cv-02219-JST

**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE AND REINSTATING MOTION HEARING**

The Court hereby continues the case management conference scheduled for September 4, 2013, to September 11, 2013, at 2:00 p.m., in Courtroom 9, 19th floor, 450 Golden Gate Ave., San Francisco, California.

At the same date and time, the Court will hear oral argument on Defendant's Motion to Transfer Venue, ECF No. 17.

**IT IS SO ORDERED.**

Dated: September 3, 2013

JON S. TIGAR
United States District Judge