UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUE HEALTH CHIROPRACTIC INC,<br><br>    Plaintiff,<br><br>    v.<br><br>MCKESSON CORPORATION,<br><br>    Defendant. | Case No. 13-cv-02219-JST<br><br>**ORDER DENYING STIPULATION TO EXTEND DEADLINE FOR MEDIATION**<br><br>Re: ECF No. 43 |

The parties in this case were ordered to complete mediation by February 28, 2014.  ECF No. 37 (Nov. 26, 2013).  On the last day by which any mediation could have been completed, at 6:46 p.m., the parties filed a stipulated request seeking an indefinite extension of the mediation deadline.  The request is denied for two reasons.

First, it is untimely.  By waiting until a few hours before the mediation deadline expired, the parties deprived the Court of the ability to meaningfully consider the request, because they had already effectively granted themselves the relief they were seeking.

Second, the only reason the parties have provided for seeking an extension of the mediation deadline is an unspecified discovery dispute for which no letter brief or motion has been filed.  The parties' stipulation provides insufficient detail to allow the Court to conclude that the parties have shown good cause for their requested extension.

For the foregoing reasons, the parties' stipulation is hereby DENIED.  The parties are ORDERED to complete mediation within forty-five days of the date of this Order.

**IT IS SO ORDERED.**

Dated: March 4, 2014



JON S. TIGAR
United States District Judge