UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRUE HEALTH CHIROPRACTIC,

    Plaintiff(s),

v.

MCKESSON CORPORATION,

    Defendant(s).

_____/

No. C-13-02219 DMR

**ORDER DENYING JOINT DISCOVERY LETTER [DOCKET NO. 76] WITHOUT PREJUDICE**

    The parties have filed a joint discovery letter before Judge Tigar. [Docket No. 76.] The motion should have been addressed to Judge Ryu, to whom Judge Tigar has referred all discovery matters in this case. *See* Docket No. 47. This court's standing order requires parties to meet and confer to try to resolve their disagreements prior to filing a joint discovery letter. *See* Docket No. 48. Defendant avers that Plaintiff has not met and conferred. *See* Docket No. 76 at 5.

    Accordingly, the joint discovery letter is **denied without prejudice.** The parties shall meet and confer following the procedures in the standing order. If they are unable to resolve this dispute without judicial intervention, they shall file a joint discovery letter by **June 23, 2014.**

    IT IS SO ORDERED.

Dated: June 12, 2014

DONNA M. RYU
United States Magistrate Judge