ROBERT C. SCHUBERT S.B.N. 62684
WILLEM F. JONCKHEER S.B.N. 178748
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California  94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161
rschubert@schubertlawfirm.com
wjonckheer@schubertlawfirm.com

*Local Counsel for Plaintiff*

BRIAN J. WANCA
ANDERSON & WANCA
3701 Algonquin Road, Ste 760
Rolling Meadows, IL 60008
Telephone: (847)368-1500
Facsimile: (847)368-1501
bwanca@andersonwanca.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUE HEALTH CHIROPRACTIC, INC., an Ohio Corporation, individually and as the representative of a class of similarly-situated persons,<br><br>      Plaintiff,<br> v.<br><br>MCKESSON CORPORATION and JOHN DOES 1-10,<br><br>      Defendants. | **No. 3:13-cv-02219-JST**<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO VACATE SCHEDULING ORDER PENDING ADDITION OF MCLAUGHLIN CHIROPRACTIC ASSOCIATES, INC. AND MCKESSON TECHNOLOGIES, INC. AS NEW PARTIES** |

1  Pursuant to the parties' Stipulated Motion to Vacate Scheduling Order Pending Addition of
2  McLaughlin Chiropractic Associates, Inc. and McKesson Technologies, Inc. as New Parties, and
3  the Court being otherwise sufficiently advised, IT IS HEREBY ORDERED that all dates in the
4  Scheduling Order are hereby vacated pending the addition of McLaughlin Chiropractic Associates,
5  Inc. and McKesson Technologies, Inc. as new parties via the filing of the Second Amended
6  Complaint.

Dated: July 9, 2014

_____

IT IS SO ORDERED

Judge Jon S. Tigar

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO VACATE SCHEDULING ORDER PENDING ADDITION OF MCLAUGHLIN CHIROPRACTIC ASSOCIATES, INC. AND MCKESSON TECHNOLOGIES, INC. AS NEW PARTIES
Case No. 3:13-CV-02219-JST                                                                                                                1