UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUE HEALTH CHIROPRACTIC INC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MCKESSON CORPORATION, et al., <br><br> Defendants. | Case No.  13-cv-02219-JST <br><br> **ORDER OF CERTIFICATION PURSUANT TO 28 U.S.C. § 2403(A); INSTRUCTIONS TO CLERK** <br><br> Re: ECF No. 107 |

**TO THE HONORABLE ERIC HOLDER, Attorney General of the United States:**

On September 24, 2014, Defendants in this case filed a notice that they would assert as an affirmative defense that the Telephone Consumer Protection Act of 1991, 47 U.S.C. § 227, violates the First Amendment to the United States Constitution.  They served the notice by United States mail on the Office of the United States Attorney General, the Federal Communications Commission, and the United States Attorney for the Northern District of California.

Pursuant to Federal Rule of Civil Procedure 5.1(b) and 28 U.S.C. § 2403(a), the Court certifies that this case draws into question the constitutionality of 47 U.S.C. § 227.  The Clerk shall serve a copy of this order on the Office of the Attorney General of the United States by certified United States mail.  The Clerk shall also provide a copy of this order to the United States Attorney for the Northern District of California.  If the United States chooses to intervene in this action, it must do so no later than **November 26, 2014**.

**IT IS SO ORDERED.**

Dated:  September 26, 2014

_____
JON S. TIGAR
United States District Judge