UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUE HEALTH CHIROPRACTIC, <br><br> Plaintiff(s), <br><br> v. <br><br> MCKESSON CORPORATION, <br><br> Defendant(s). | No. C-13-02219 DMR <br><br> **ORDER DENYING DEFENDANTS' REQUEST FOR CONTINUANCE OF DISCOVERY HEARING [DOCKET NO. 119]** |

Defendants' request for a continuance of the discovery hearing scheduled for November 13, 2014 [Docket No. 119] is **denied.**

IT IS SO ORDERED.

Dated: November 12, 2014

_____
DONNA M. RYU
United States Magistrate Judge