UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUE HEALTH CHIROPRACTIC INC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MCKESSON CORPORATION, et al., <br><br> Defendants. | Case No. 13-cv-02219-JST <br><br> **ORDER VACATING HEARING** <br><br> Re: ECF No. 145 |

Before the Court is Defendants' Motion to Bifurcate Discovery. ECF No. 145. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for January 29, 2015, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: January 20, 2015

JON S. TIGAR
United States District Judge