ROBERT C. SCHUBERT S.B.N. 62684
WILLEM F. JONCKHEER S.B.N. 178748
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161
rschubert@schubertlawfirm.com
wjonckheer@schubertlawfirm.com

*Local Counsel for Plaintiffs*

BRIAN J. WANCA
ANDERSON & WANCA
3701 Algonquin Road, Ste 760
Rolling Meadows, IL 60008
Telephone: (847)368-1500
Facsimile: (847)368-1501
bwanca@andersonwanca.com

*Counsel for Plaintiffs*

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRUE HEALTH CHIROPRACTIC, INC., and MCLAUGHLIN CHIROPRACTIC ASSOCIATES, INC., individually and as the representatives of a class of similarly-situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>MCKESSON CORPORATION, MCKESSON TECHNOLOGIES INC., and JOHN DOES 1-10,<br><br>Defendants. | No.   3:13-cv-02219-HSG<br><br>**ORDER TO EXTEND CASE MANAGEMENT SCHEDULE BY 21 DAYS**<br><br>Local Rules 6-2, 7-12 |

Case.No. 3:13-02219-HSG
[PROPOSED] ORDER RE: EXTENSION OF CASE MANAGEMENT SCHEDULE

SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED:

1. The case management deadlines in the Scheduling Order (Doc. 142) are continued as follows:

2. The parties' expert disclosures are due April 22, 2015.

3. The parties' expert rebuttal disclosures are due May 13, 2015.

4. The expert discovery cut-off is May 26, 2015.

5. The parties' dispositive motions and Plaintiffs' motion for class certification are due June 29, 2015.

6. The parties' briefs in opposition to such motions are due July 27, 2015.

7. The parties' replies in support of such motions are due August 10, 2015.

8. The hearing on the motion for class certification and dispositive motions shall be September 3, 2015.

Ordered this <u>1st</u> day of <u>April</u>, 2015

_Haywood S. Gilliam, Jr._
Judge Haywood S. Gilliam, Jr.

Case.No. 3:13-02219-HSG
[PROPOSED] ORDER RE: EXTENSION OF CASE MANAGEMENT SCHEDULE