UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUE HEALTH CHIROPRACTIC INC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MCKESSON CORPORATION, et al., <br><br> Defendants. | Case No.  13-cv-02219-HSG   (DMR) <br><br> **ORDER FOR SUPPLEMENTAL DECLARATION** <br><br> Re: Dkt. No. 183 |

The court is in receipt of the parties' joint discovery letter. [Docket No. 183.] In the letter, Defendants request permission to submit a declaration that explains McKesson Corporation's corporate structure. The court grants Defendants permission to do so. The declaration shall be limited to **two pages**, and shall contain **no argument**. Defendants should present an organization chart or its equivalent, if one is available. Any declaration must be filed by **4:00 p.m. on May 13, 2015.**

**IT IS SO ORDERED.**

Dated: May 12, 2015

_____
Donna M. Ryu
United States Magistrate Judge