TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
BEN PATTERSON (CA SBN 268696)
BPatterson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
MCKESSON TECHNOLOGIES, INC. AND
MCKESSON CORPORATION

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUE HEALTH CHIROPRACTIC INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MCKESSON CORPORATION, et al.,<br><br>Defendants. | Case No.   13-cv-02219-HSG<br><br>**STIPULATION AND ORDER TO EXTEND CASE MANAGEMENT SCHEDULE**<br><br>Local Rules 6-2, 7-12 |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs True Health Chiropractic, Inc. and McLaughlin Chiropractic Associates, Inc. ("Plaintiffs") and Defendants McKesson Corporation and McKesson Technologies, Inc. ("Defendants"), stipulate as follows:

WHEREAS, on April 1, 2015, this Court entered an Order Extending CMC Schedule By 21 Days (ECF No. 177) that provides the following deadlines:  Expert Disclosures: April 22, 2015; Expert Rebuttal Disclosures: May 13, 2015; Expert Discovery Cut-Off: May 26, 2015; the Dispositive motions, including class certification: June 29, 2015; Opposition to dispositive motions, including class certification: July 27, 2015; Replies in support of dispositive motions, including class certification: August 10, 2015; and the hearing on dispositive motions, including class certification: September 3, 2015.

WHEREAS, as set forth in the accompanying Declaration of Tiffany Cheung, the parties have conferred and based on schedules, including the schedule of Plaintiffs' disclosed expert, Mr. Robert Biggerstaff, agreed to set the deposition of Plaintiffs' expert on June 3, 2015, after the currently scheduled deadline for expert rebuttals and the close of expert discovery;

WHEREAS, Defendants should be given the opportunity to depose Mr. Biggerstaff prior to submitting an expert rebuttal report and the close of expert discovery;

WHEREAS, the parties have conferred and agreed to stipulate to a revised schedule for class certification proceedings that would continue the currently set class certification hearing by only one week;

WHEREAS, the parties have conferred and agreed to stipulate to extending the deadline for filing dispositive motions to a date after the Court's decision on Plaintiffs' motion for class certification;

NOW, THEREFORE, the Parties stipulate, subject to the Court's approval, to extend the deadlines in the current schedule as follows:  Expert Rebuttal Disclosures: June 18, 2015; Expert Discovery Cut-Off: July 2, 2015; deadline for Plaintiffs' motion for class certification: July 16, 2015; opposition to class certification: August 13, 2015; reply in support of class certification: August 27, 2015; hearing on the motion for class certification: September 10, 2015 at 2:00 p.m.;

and deadline for dispositive motions: 30 days after the Court's decision on Plaintiffs' motion for class certification.

**IT IS SO STIPULATED.**

Dated: May 12, 2015          By:    */s/ Tiffany Cheung*
                                    TIFFANY CHEUNG

                                    TCheung@mofo.com
                                    MORRISON & FOERSTER LLP
                                    425 Market Street
                                    San Francisco, California 94105-2482
                                    Telephone: 415.268.7000
                                    Facsimile: 415.268.7522

                                    *Counsel for Defendants*
                                    MCKESSON TECHNOLOGIES, INC.
                                    AND MCKESSON CORPORATION


Dated: May 12, 2015          By:    */s/ Ross M. Good*
                                    Ross M. Good

                                    Ross M. Good *(pro hac admitted)*
                                    ANDERSON + WANCA
                                    3701 Algonquin Road, Suite 500
                                    Rolling Meadows, IL 60008
                                    Telephone: 847-368-1500
                                    Fax: 847-368-1501
                                    rgood@andersonwanca.com

                                    *Counsel for Plaintiffs*
                                    TRUE HEALTH CHIROPRACTIC,
                                    INC. AND
                                    MCLAUGHLIN CHIROPRACTIC

   I, Tiffany Cheung, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated:  May 12, 2015         By:    /s/ Tiffany Cheung
                                    TIFFANY CHEUNG

# ORDER

## PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

The case management deadlines in the Order Extending CMC Schedule By 21 Days (ECF No. 177) are extended as follows:

1. The parties' expert rebuttal disclosures are due June 18, 2015.
2. The expert discovery cut-off is July 2, 2015.
3. Deadline for Plaintiffs' motion for class certification is July 16, 2015.
4. Opposition to class certification is due August 13, 2015.
5. Reply in support of class certification is due August 27, 2015.
6. Hearing on the motion for class certification shall occur September 10, 2015, at 2 p.m.
7. Deadline for dispositive motions is 30 days after the Court's decision on Plaintiffs' Motion for Class Certification.

Dated: May 13, 2015

*Haywood S. Gilliam, Jr.*

Judge Haywood S. Gilliam, Jr.