**EXHIBIT E**



| | | | |
|---|---|---|---|
| **Bill To:** | | | |
| | **Invoice** | | |
| | Date: | | Invoice # |
| | April 30, 2009 | | S090411825 |
| McKesson Pharmacy Systems | | | |
| Janina Arritola | P.O. Number | | Terms |
| 1564 Northeast Expressway | | | Due On Receipt |
| Atlanta, GA 30329 | | | |
| | Sales Rep: | | Susan Grella |

**Select-A-Fax Charges for April - Per-Sé Technologies (11825)**

| | Quantity | Rate | Amount |
|---|---|---|---|
| **Access** | | | |
| Human Answers, Invalid Numbers, Aborts | 1411 | 0.070 | $98.77 |
| | | | |
| Telephone, IVR Requsets | | | |
| IVR Requests Usage - Per Minute | | | |
| IVR Requests Usage Canada- Per Minute | | | |
| IVR Requests Usage International | | | |
| | | | |
| Modem and BBS Requests | | | |
| Internet, Emails, and Home Pages | | | |
| | | | |
| System Generated Requests | 10 | | $0.00 |
| | | | |
| **Fulfullment** | | | |
| Total E-Mails Delivered | 143 | 0.070 | $10.01 |
| | | | |
| Total Destinations Delivered | 4684 | | |
| Total Pages Delivered | 4716 | | |
| | | | |
| Fax Deliveries - Per Minute | 3425.7 | 0.070 | $239.80 |
| Fax Deliveries - Non Contiguous U.S. | | | $3.50 |
| Fax Deliveries - Canada | | | |
| Fax Deliveries - International | | | $0.00 |
| Fax Deliveries - Mexico | | | |
| | | | |
| **Special Services** | | | |
| | | | |
| | | | |
| **Federal & State GRS RCPT Surcharge** | | | $10.33 |
| **Total Net** | | | $362.41 |
| **Total New York 8.625% Sales Tax** | | | $1.25 |
| Thank you for allowing us to assist you with your information management needs | | **Total** | **$363.66** |

*Please make check payable to Cyberdata, Inc. and mail to Cyberdata, Inc. 20 Max Avenue Hicksville, N.Y. 11801*