Table B-4C.
U.S. Courts of Appeals—Median Time Intervals in Months for Administrative Agency Appeals Terminated on the Merits, by Circuit, During the 12-Month Period Ending September 30, 2014

| | | | Terminated on the Merits | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Median Time Intervals From | | | | | | | | | |
| | | | Docket Date to Filing of Appellee's Last Brief | | Filing of Appellee's Last Brief to Oral Argument or Submission on Briefs | | Oral Argument to Last Opinion or Final Order | | Submission on Briefs to Last Opinion or Final Order | | Docket Date to Last Opinion or Final Order | |
| Circuit | Total | By Consolidation | Appeals | Interval | Appeals | Interval | Appeals | Interval | Appeals | Interval | Appeals | Interval |
| Total | 3,785 | 271 | 2,662 | 7.4 | 2,662 | 5.6 | 624 | 1.7 | 2,890 | 0.5 | 3,514 | 13.8 |
| DC | 198 | 98 | 84 | 8.2 | 84 | 5.4 | 72 | 2.9 | 28 | 0.4 | 100 | 19.0 |
| 1st | 97 | 2 | 72 | 5.8 | 72 | 3.0 | 4 | 4.6 | 91 | 1.3 | 95 | 11.3 |
| 2nd | 581 | 29 | 405 | 8.2 | 405 | 4.1 | 52 | 1.0 | 500 | 3.3 | 552 | 15.7 |
| 3rd | 201 | 6 | 150 | 4.3 | 150 | 2.2 | 17 | 2.8 | 178 | 0.7 | 195 | 7.6 |
| 4th | 177 | 10 | 124 | 5.1 | 124 | 2.6 | 27 | 2.2 | 140 | 0.5 | 167 | 7.9 |
| 5th | 237 | 35 | 178 | 4.2 | 178 | 5.0 | 47 | 1.2 | 155 | 1.0 | 202 | 10.1 |
| 6th | 268 | 11 | 218 | 4.9 | 218 | 3.6 | 18 | 2.4 | 239 | 1.3 | 257 | 9.8 |
| 7th | 92 | 11 | 70 | 5.3 | 70 | 1.8 | 58 | 2.1 | 23 | 0.3 | 81 | 9.1 |
| 8th | 97 | 5 | 81 | 4.4 | 81 | 4.9 | 22 | 3.5 | 70 | 0.3 | 92 | 10.7 |
| 9th | 1,552 | 49 | 1,077 | 10.2 | 1,077 | 16.8 | 242 | 0.9 | 1,261 | 0.2 | 1,503 | 21.5 |
| 10th | 116 | 4 | 76 | 4.3 | 76 | 2.2 | 42 | 6.1 | 70 | 2.1 | 112 | 10.9 |
| 11th | 169 | 11 | 127 | 4.4 | 127 | 2.5 | 23 | 1.3 | 135 | 1.7 | 158 | 9.1 |

NOTE: This table does not include data for the U.S. Court of Appeals for the Federal Circuit.

EXHIBIT D