ROBERT C. SCHUBERT S.B.N. 62684
WILLEM F. JONCKHEER S.B.N. 178748
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California  94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161
rschubert@schubertlawfirm.com
wjonckheer@schubertlawfirm.com
*Local Counsel for Plaintiff*

BRIAN J. WANCA
ANDERSON & WANCA
3701 Algonquin Road, Ste 760
Rolling Meadows, IL 60008
Telephone: (847)368-1500
Facsimile: (847)368-1501
bwanca@andersonwanca.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUE HEALTH CHIROPRACTIC, INC., an Ohio corporation, and MCLAUGHLIN CHIROPRACTIC ASSOCIATES, INC., a Tennessee corporation, individually and as the representatives of a class of similarly-situated persons,<br><br>                              Plaintiffs,<br><br>          v.<br><br>MCKESSON CORPORATION, MCKESSON TECHNOLOGIES, INC., and JOHN DOES 1-10,<br><br>                              Defendants. | No.     3:13-cv-02219-HSG<br><br>Hon. Haywood S. Gilliam<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR PERMISSION TO USE COURTROOM TECHNOLOGY AT THE SEPTEMBER 24, 2015 HEARING**<br><br>[Civil Local Rule 7-11] |

Upon review of Plaintiffs' Motion For Permission to Use Courtroom Technology at the September 24, 2015 Hearing and the Court being otherwise sufficiently advised,

1   IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs' Motion For Permission to
2   Use Courtroom Technology at the September 24, 2015 Hearing is hereby **GRANTED**

              *Haywood S. Gilliam Jr.* (signature)
   Hon. Haywood S. Gilliam, Jr.