ROBERT C. SCHUBERT S.B.N. 62684
WILLEM F. JONCKHEER S.B.N. 178748
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California  94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161
rschubert@schubertlawfirm.com
wjonckheer@schubertlawfirm.com

*Local Counsel for Plaintiff*

BRIAN J. WANCA
ANDERSON & WANCA
3701 Algonquin Road, Ste. 500
Rolling Meadows, IL 60008
Telephone: (847) 368-1500
Facsimile: (847) 368-1501
bwanca@andersonwanca.com

*Counsel for Plaintiff*

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUE HEALTH CHIROPRACTIC, INC., and MCLAUGHLIN CHIROPRACTIC ASSOCIATES, INC., individually and as the representatives of a class of similarly-situated persons,<br><br>    Plaintiffs,<br><br>   v.<br><br>MCKESSON CORPORATION, MCKESSON TECHNOLOGIES INC., and JOHN DOES 1-10,<br><br>    Defendants. | **No.  3:13-cv-02219-HSG**<br><br>**NOTICE REGARDING SUBMITTED MATTER**<br><br>**[LOCAL RULE 7-13]** |

SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

Pursuant to Local Rule 7-13, Plaintiffs respectfully provide notice that Plaintiffs' Motion to Certify Class (Docket #209), filed on July 16, 2015, remains under submission after more than 120 days. Plaintiffs' Motion to Certify Class was heard on September 26, 2015, supplemental briefing ordered by the Court (Docket #241) was filed on October 16, 2015 and responses (Dockets #247 and #248) were filed on October 23, 2015.

TRUE HEALTH CHIROPRACTIC, INC. and MCLAUGHLIN CHIROPRACTIC ASSOCIATES, INC., individually and as the representatives of a class of similarly-situated persons

By:    s/Ross M. Good
       One of Plaintiffs' Attorneys

BRIAN J. WANCA *(pro hac admitted)*
RYAN M. KELLY *(pro hac admitted)*
GLENN L. HARA *(pro hac admitted)*
ROSS M. GOOD *(pro hac admitted)*
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368-1500
Fax: 847-368-1501
bwanca@andersonwanca.com
rkelly@andersonwanca.com
ghara@andersonwanca.com
rgood@andersonwanca.com

And:

GEORGE D. JONSON *(pro hac admitted)*
MATTHEW STUBBS *(pro hac admitted)*
MONTGOMERY, RENNIE & JONSON
36 East Seventh Street
Cincinnati, OH 45202
Telephone: 513-768-5220
Fax: 513-768-9220
gjonson@mrjlaw.com
mstubbs@mrjlaw.com

*Counsel for Plaintiffs*

NOTICE REGARDING SUBMITTED MATTER
Case.No. 3:13-02219-HSG                    1

ROBERT C. SCHUBERT
WILLEM F. JONCKHEER
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA  94111
Telephone:  415-788-4220
Fax:  415-788-0161
rschubert@schubertlawfirm.com
wjonckheer@schubertlawfirm.com

*Local Counsel for Plaintiffs*

NOTICE REGARDING SUBMITTED MATTER
Case.No. 3:13-02219-HSG                    2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF which will send notification of such filing to the email addresses denoted on the Electronically Mail Notice List.

s/Ross M. Good
Ross M. Good

SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

NOTICE REGARDING SUBMITTED MATTER
Case.No. 3:13-02219-HSG                           3