FILED

JUL 26 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TRUE HEALTH CHIROPRACTIC, INC.; MCLAUGHLIN CHIROPRACTIC ASSOCIATES, INC., individually and as representatives of a class of similarly situated persons,<br><br>　　　　Plaintiffs-Appellants,<br><br>　v.<br><br>MCKESSON CORPORATION; MCKESSON TECHNOLOGIES, INC.,<br><br>　　　　Defendants-Appellees. | No. 16-17123<br><br>D.C. No. 4:13-cv-02219-HSG<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

Before: W. FLETCHER, Circuit Judge.

The Appellee's unopposed motion for an extension of time in which to file its petition for panel rehearing and rehearing en banc [Dkt. 30] is **GRANTED**. Appellees petition for panel rehearing and rehearing en banc shall be filed on or before August 7, 2018.