TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
BEN PATTERSON (CA SBN 268696)
BPatterson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
MCKESSON TECHNOLOGIES, INC. AND
MCKESSON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUE HEALTH CHIROPRACTIC INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MCKESSON CORPORATION, et al.,<br><br>Defendants. | Case No. 13-cv-02219-HSG<br><br>**UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND TIME TO SUBMIT JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Local Rule 6-3 |

1         Pursuant to Civil Local Rule 6-3, Defendants McKesson Corporation and McKesson Technologies, Inc. ("Defendants"), move as follows:

        On September 11, 2018, the Court entered an order setting a Case Management Conference for October 2, 2018. Judge Gilliam's standing order provides that "[t]he parties must file a joint case management statement addressing those items required by the Standing Order for all Judges of the Northern District of California . . . not less than seven calendar days prior to the case management conference." The Standing Order for all Judges of the Northern District of California provides that a joint case management statement address issues such as service of the complaint, initial disclosures, and consent to a magistrate judge for all purposes. Although it is unclear whether such a statement is required prior to all case management conferences or just the initial case management conference, a joint case management statement may be helpful to the Court, and the parties have agreed to file a joint statement in advance of the October 2 conference. The parties, however, have not yet completed their joint statement, so in an abundance of caution, Defendants are filing this request for an unopposed extension to file the parties' joint case management statement by September 27, 2018.

Dated: September 25, 2018        By:   */s/ Tiffany Cheung*
                                                              TIFFANY CHEUNG

                                                              TCheung@mofo.com
                                                               MORRISON & FOERSTER LLP
                                                              425 Market Street
                                                               San Francisco, California 94105-2482
                                                              Telephone: 415.268.7000
                                                              Facsimile: 415.268.7522

                                                              *Counsel for Defendants*
                                                              MCKESSON TECHNOLOGIES, INC.
                                                              AND MCKESSON CORPORATION

**ORDER**

**PURSUANT TO DEFENDANTS' UNOPPOSED MOTION, IT IS SO ORDERED:**

The deadline to submit a joint case management conference statement for the October 2 case management conference is extended to September 27, 2018.

Dated: September 26, 2018

_____
Judge Haywood S. Gilliam, Jr.