TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
BEN PATTERSON (CA SBN 268696)
BPatterson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
MCKESSON TECHNOLOGIES, INC. AND
MCKESSON CORPORATION

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUE HEALTH CHIROPRACTIC INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> MCKESSON CORPORATION, et al., <br><br> Defendants. | Case No. 13-cv-02219-HSG <br><br> **STIPULATION REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' RENEWED CLASS CERTIFICATION MOTION** <br><br> Local Rule 7-12 |

| | |
|---|---|
| 1 | Pursuant to the Court's request at the October 2, 2018 Case Management Conference, |
| 2 | Plaintiffs True Health Chiropractic, Inc. and McLaughlin Chiropractic Associates, Inc. |
| 3 | ("Plaintiffs") and Defendants McKesson Corporation and McKesson Technologies, Inc. |
| 4 | ("Defendants"), submit this stipulation regarding the briefing schedule for Plaintiffs' renewed |
| 5 | motion for class certification: |
| 6 | WHEREAS, at the October 2, 2018 Case Management Conference, the Court set the |
| 7 | deadline for Plaintiffs to file their renewed motion for class certification on November 29, 2018; |
| 8 | WHEREAS, the Court directed the parties to meet and confer regarding the briefing |
| 9 | schedule for Plaintiffs' renewed motion for class certification; |
| 10 | WHEREAS, the parties met and conferred regarding the briefing schedule, including |
| 11 | discussions regarding the December and January holidays; |
| 12 | NOW, THEREFORE, the parties stipulate and respectfully request the Court to approve, |
| 13 | the following briefing schedule for Plaintiffs' renewed motion for class certification: |

| | |
|---|---|
| Plaintiffs' Renewed Motion for Class Certification | November 29, 2018 |
| Defendants' Opposition to Plaintiffs' Renewed Motion for Class Certification | January 4, 2019 |
| Plaintiffs' Reply in Support of Renewed Motion for Class Certification | January 25, 2019 |
| Hearing on Plaintiffs' Renewed Motion for Class Certification | February 14, 2019 |

**IT IS SO STIPULATED.**

| | | | |
|---|---|---|---|
| 1 | Dated: October 12, 2018 | By: | */s/ Brian J. Wanca* |
| 2 | | | BRIAN J. WANCA (admitted *pro hac vice*) |
| | | | RYAN M. KELLY (admitted *pro hac vice*) |
| 3 | | | ROSS M. GOOD (admitted *pro hac vice*) |
| | | | **ANDERSON + WANCA** |
| 4 | | | 3701 Algonquin Road, Suite 500 |
| | | | Rolling Meadows, IL  60008 |
| 5 | | | Telephone:     847-368-1500 |
| 6 | | | Fax:               847-368-1501 |
| | | | bwanca@andersonwanca.com |
| 7 | | | rkelly@andersonwanca.com |
| | | | rgood@andersonwanca.com |
| 8 | | | |
| 9 | | | ROBERT C. SCHUBERT |
| | | | WILLEM F. JONCKHEER |
| 10 | | | **SCHUBERT JONCKHEER & KOLBE LLP** |
| | | | Three Embarcadero Center, Suite 1650 |
| 11 | | | San Francisco, CA  94111 |
| | | | Telephone:     415-788-4220 |
| 12 | | | Fax:               415-788-0161 |
| 13 | | | rschubert@schubertlawfirm.com |
| | | | wjonckheer@schubertlawfirm.com |
| 14 | | | |
| | | | GEORGE D. JONSON (admitted *pro hac vice*) |
| 15 | | | MATTHEW E. STUBBS (admitted *pro hac vice*) |
| | | | **MONTGOMERY, RENNIE & JONSON** |
| 16 | | | 36 East Seventh Street, Suite 2100 |
| | | | Cincinnati, OH  45202 |
| 17 | | | Telephone:     513-241-4722 |
| | | | Fax:               513-241-8775 |
| 18 | | | gjonson@mrjlaw.com |
| 19 | | | mstubbs@mrjlaw.com |
| 20 | | | *Counsel for Plaintiffs* |
| 21 | Dated: October 12, 2018 | By: | */s/ Tiffany Cheung* |
| | | | Tiffany Cheung |
| 22 | | | Ben Patterson |
| | | | **MORRISON & FOERSTER LLP** |
| 23 | | | 425 Market Street |
| 24 | | | San Francisco, CA  94105-2482 |
| | | | Telephone:     415-268-7000 |
| 25 | | | Fax:               415-268-7522 |
| | | | TCheung@mofo.com |
| 26 | | | BPatterson@mofo.com |
| 27 | | | *Counsel for Defendants* |
| 28 | | | |

| | |
|---|---|
| 1 | **ATTESTATION** |
| 2 | I, Tiffany Cheung, am the ECF User whose ID and password are being used to file this |
| 3 | Stipulation. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that I have on file the |
| 4 | concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled |
| 5 | document. |
| 6 | Dated: October 12, 2018 By: */s/ Tiffany Cheung* |
| | Tiffany Cheung |

# **ORDER**

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:**

The briefing schedule for Plaintiffs' renewed motion for class certification is as follows:

1. Plaintiffs' renewed motion for class certification is due November 29, 2018.

2. Defendants' opposition to the renewed motion for class certification is due January 4, 2019.

3. Plaintiffs' reply in support of the renewed motion for class certification is due January 25, 2019.

4. The hearing on the renewed motion for class certification shall occur on February 14, 2019 at 2 p.m.

Dated: October 17, 2018

*Haywood S. Gilliam, Jr.*
Judge Haywood S. Gilliam, Jr.