1  TIFFANY CHEUNG (CA SBN 211497)
   TCheung@mofo.com
2  ANGELA E. KLEINE (CA SBN 255643)
   AKleine@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendants
   MCKESSON TECHNOLOGIES, INC. and
7  MCKESSON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRUE HEALTH CHIROPRACTIC INC., and MCLAUGHLIN CHIROPRACTIC ASSOCIATES, INC., individually and as the representatives of a class of similarly-situated persons,<br><br>    Plaintiffs,<br><br>    v.<br><br>MCKESSON CORPORATION, MCKESSON TECHNOLOGIES, INC., and DOES 1-10,<br><br>    Defendants. | Case No. 4:13-cv-02219-HSG (DMR)<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFF'S RENEWED MOTION FOR CLASS CERTIFICATION**<br><br>The Hon. Judge Haywood S. Gilliam, Jr.<br><br>Date Action Filed: May 15, 2013 |

Pursuant to Civil Local Rule 7-7(b), Plaintiffs True Health Chiropractic Inc. and McLaughlin Chiropractic Associates, Inc. and Defendants McKesson Corporation and McKesson Technologies, Inc., by and through their respective counsel, submit this stipulation to continue the hearing on Plaintiff's Renewed Motion for Class Certification ("Motion"):

WHEREAS, the Motion is currently set for hearing on February 14, 2019 at 2:00 p.m., pursuant to a prior stipulation and briefing schedule submitted by the parties and ordered by the Court (ECF Nos. 289, 291);

WHEREAS, due to the press of other matters and scheduling issues for Defendants' counsel, the parties conferred and agreed to continue the hearing to February 28, 2019 at 2:00 p.m.;

NOW, THEREFORE, the parties stipulate and respectfully request the Court to approve continuing the hearing date on the Motion from February 14, 2019 at 2:00 p.m. to February 28, 2019 at 2:00 p.m.

**IT IS SO STIPULATED.**

Dated: January 29, 2019     By:     */s/ Ross M. Good*
                                    BRIAN J. WANCA (admitted *pro hac vice*)
                                    RYAN M. KELLY (admitted *pro hac vice*)
                                    ROSS M. GOOD (admitted *pro hac vice*)
                                    **ANDERSON + WANCA**
                                    3701 Algonquin Road, Suite 500
                                    Rolling Meadows, IL  60008
                                    Telephone:    847-368-1500
                                    Fax:          847-368-1501
                                    bwanca@andersonwanca.com
                                    rkelly@andersonwanca.com
                                    rgood@andersonwanca.com

                                    ROBERT C. SCHUBERT
                                    WILLEM F. JONCKHEER
                                    **SCHUBERT JONCKHEER & KOLBE LLP**
                                    Three Embarcadero Center, Suite 1650
                                    San Francisco, CA  94111
                                    Telephone:    415-788-4220
                                    Fax:          415-788-0161
                                    rschubert@schubertlawfirm.com
                                    wjonckheer@schubertlawfirm.com

GEORGE D. JONSON (admitted *pro hac vice*)
MATTHEW E. STUBBS (admitted *pro hac vice*)
**MONTGOMERY, RENNIE & JONSON**
36 East Seventh Street, Suite 2100
Cincinnati, OH 45202
Telephone: 513-241-4722
Fax: 513-241-8775
gjonson@mrjlaw.com
mstubbs@mrjlaw.com

*Counsel for Plaintiffs*

Dated: January 29, 2019  By: /s/ Tiffany Cheung
Tiffany Cheung
Angela Kleine
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415-268-7000
Fax: 415-268-7522
TCheung@mofo.com
AKleine@mofo.com

*Counsel for Defendants*

I, Tiffany Cheung, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: January 29, 2019  By: /s/ Tiffany Cheung
Tiffany Cheung

**ORDER**

Pursuant to the Stipulation of the Parties and Civil Local Rule 7-7(b), the hearing on Plaintiffs' Renewed Motion for Class Certification, previously set for February 14, 2019 at 2:00 p.m., shall be continued to February 28, 2019 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: January 30, 2019

_____
Judge Haywood S. Gilliam, Jr.