1  TIFFANY CHEUNG (CA SBN 211497)
   TCheung@mofo.com
2  ANGELA E. KLEINE (CA SBN 255643)
   AKleine@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendants
   MCKESSON TECHNOLOGIES, INC. and
7  MCKESSON CORPORATION

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                  OAKLAND DIVISION

12

13  TRUE HEALTH CHIROPRACTIC INC., and          Case No.  4:13-cv-02219-HSG (DMR)
    MCLAUGHLIN CHIROPRACTIC
14  ASSOCIATES, INC., individually and as the   **STIPULATION AND ORDER**
    representatives of a class of similarly-situated  **REGARDING SUMMARY**
15  persons,                                     **JUDGMENT BRIEFING SCHEDULE**

16              Plaintiffs,                      The Hon. Judge Haywood S. Gilliam, Jr.

17        v.                                     Date Action Filed:  May 15, 2013

18  MCKESSON CORPORATION,
    MCKESSON TECHNOLOGIES, INC.,
19  and DOES 1-10,

20              Defendants.

21

22

23

24

25

26

27

28

Pursuant to the Court's Order Regarding Summary Judgment Procedure, (ECF No. 322), Plaintiffs True Health Chiropractic Inc. and McLaughlin Chiropractic Associates, Inc. ("Plaintiffs") and Defendants McKesson Corporation and McKesson Technologies, Inc. ("McKesson"), by and through their respective counsel, submit this stipulation regarding the briefing schedule for summary judgment:

| Event | Deadline |
|---|---|
| McKesson to file motion for summary judgment | May 20, 2019 |
| Plaintiffs to file opposition to motion for summary judgment | June 14, 2019 |
| McKesson to file reply in support of motion for summary judgment | July 1, 2019 |
| Hearing on McKesson's motion for summary judgment | August 1, 2019 |

Accordingly, the parties stipulate and respectfully request the Court approve the above proposed summary judgment briefing schedule.

**IT IS SO STIPULATED.**

Dated: April 19, 2019    By:    _/s/Glenn Hara_

BRIAN J. WANCA (admitted *pro hac vice*)
RYAN M. KELLY (admitted *pro hac vice*)
GLENN L. HARA (admitted *pro hac vice*)
ROSS M. GOOD (admitted *pro hac vice*)
**ANDERSON + WANCA**
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone:     847-368-1500
Fax:              847-368-1501
bwanca@andersonwanca.com
rkelly@andersonwanca.com
ghara@andersonwanca.com
rgood@andersonwanca.com

ROBERT C. SCHUBERT
WILLEM F. JONCKHEER
**SCHUBERT JONCKHEER & KOLBE LLP**
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone:     415-788-4220
Fax:              415-788-0161
rschubert@schubertlawfirm.com
wjonckheer@schubertlawfirm.com

GEORGE D. JONSON (admitted *pro hac vice*)
MATTHEW E. STUBBS (admitted *pro hac vice*)
**MONTGOMERY, RENNIE & JONSON**
36 East Seventh Street, Suite 2100
Cincinnati, OH 45202
Telephone:  513-241-4722
Fax:            513-241-8775
gjonson@mrjlaw.com
mstubbs@mrjlaw.com

*Counsel for Plaintiffs*

Dated: April 19, 2019          By:        */s/Tiffany Cheung*
                                                    Tiffany Cheung
                                                    Angela Kleine
                                                    **MORRISON & FOERSTER LLP**
                                                    425 Market Street
                                                    San Francisco, CA 94105-2482
                                                    Telephone:  415-268-7000
                                                    Fax:            415-268-7522
                                                    TCheung@mofo.com
                                                    AKleine@mofo.com

*Counsel for Defendants*

I, Tiffany Cheung, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: April 19, 2019          By: _____*/s/Tiffany Cheung*_____
                                                    Tiffany Cheung

1

## <u>ORDER</u>

2      Pursuant to the Stipulation of the Parties and the Court's prior order, (ECF No. 322), the

3  briefing schedule for motions for summary judgment shall be as follows:

4

| Event | Deadline |
|-------|----------|
| McKesson to file motion for summary judgment | May 20, 2019 |
| Plaintiffs to file opposition to motion for summary judgment | June 14, 2019 |
| McKesson to file reply in support of motion for summary judgment | July 1, 2019 |
| Hearing on McKesson's motion for summary judgment | August 1, 2019 at 2:00 p.m. |

10

11      **IT IS SO ORDERED.**

12

13  Dated:  April 22, 2019

14

15                                            Judge Haywood S. Gilliam, Jr.

16

17

18

19

20

21

22

23

24

25

26

27

28