UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUE HEALTH CHIROPRACTIC INC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MCKESSON CORPORATION, et al.,<br><br>Defendants. | Case No. 13-cv-02219-HSG<br><br>**SCHEDULING ORDER** |

The parties submitted proposed schedules on August 23, 2019 and a case management conference was held on September 24, 2019.  *See* Dkt. No. 332, 341.  Having considered the parties' proposed schedules, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Date |
|---|---|
| Distribute Class Notice | October 30, 2019 |
| End of Opt-out Period | January 28, 2020 |
| *Daubert* and Dispositive Motions[1] | February 27, 2020 |
| Dispositive Motion Hearing Deadline | April 16, 2020 at 2:00 p.m. |
| Pretrial Conference | July 14, 2020 at 3:00 p.m. |
| 5-Day Jury Trial | August 31, 2020 at 8:30 a.m. |

//

//

//

//

---

[1] As discussed at the September 24, 2019 CMC, because Defendant has already brought a motion for summary judgment, Defendant must establish good cause if seeks to file another.  *See* Civil Standing Order 17.

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: 9/30/2019

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge

2