| | |
|---|---|
| ROBERT C. SCHUBERT (SBN 62684)<br>WILLEM F. JONCKHEER (SBN 178748)<br>SCHUBERT JONCKHEER & KOLBE LLP<br>Three Embarcadero Center, Suite 1650<br>San Francisco, CA 94111<br>Telephone: (415) 788-4220<br>rschubert@schubertlawfirm.com<br>wjonckheer@schubertlawfirm.com<br><br>BRIAN J. WANCA (admitted *pro hac vice*)<br>GLENN L. HARA (admitted *pro hac vice*)<br>RYAN M. KELLY (admitted *pro hac vice*)<br>ROSS M. GOOD (admitted *pro hac vice*)<br>ANDERSON & WANCA<br>3701 Algonquin Road, Suite 500<br>Rolling Meadows, IL 60008<br>Telephone: (847) 368-1500<br>bwanca@andersonwanca.com<br>ghara@andersonwanca.com<br>rkelly@andersonwanca.com<br>rgood@andersonwanca.com<br><br>Attorneys for Plaintiffs<br><br>[Additional Counsel on Signature Page] | TIFFANY CHEUNG (CA SBN 211497)<br>TCheung@mofo.com<br>BONNIE LAU (CA SBN 246188)<br>BLau@mofo.com<br>ANGELA E. KLEINE (CA SBN 255643)<br>AKleine@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>ERIN P. LUPFER (CA SBN 317994)<br>ELupfer@mofo.com<br>MORRISON & FOERSTER LLP<br>12531 High Bluff Drive<br>San Diego, California 92130-2040<br>Telephone: 858.720.5100<br>Facsimile: 858.720.5125<br><br>Attorneys for Defendants<br>MCKESSON TECHNOLOGIES, INC.,<br>and MCKESSON CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRUE HEALTH CHIROPRACTIC INC., and MCLAUGHLIN CHIROPRACTIC ASSOCIATES, INC., individually and as the representatives of a class of similarly-situated persons,<br><br>              Plaintiffs,<br><br>   v.<br><br>MCKESSON CORPORATION, MCKESSON TECHNOLOGIES, INC., and DOES 1-10,<br><br>              Defendants. | Case No. 4:13-cv-02219-HSG<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DISPOSITIVE MOTION BRIEFING SCHEDULE**<br><br>The Hon. Judge Haywood S. Gilliam, Jr.<br><br>Date Action Filed: May 15, 2013 |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 7-12 and the Court's Order, (ECF No. 344), Plaintiffs and |
| 2 | Defendants McKesson Corporation and McKesson Technologies, Inc. (collectively, |
| 3 | "Defendants"), by and through their respective counsel, stipulate and move the Court for a brief |
| 4 | extension of the briefing schedule for all dispositive motions that will not impact the hearing date. |
| 5 | WHEREAS, on September 30, 2019, the Court ordered that dispositive motions be filed |
| 6 | by February 27, 2020. (ECF No. 344.) The Court set the hearing date for dispositive motions for |
| 7 | April 16, 2020, at 2:00 p.m. (*Id.* at 1:19.) The Court informed the parties that "[t]hese dates may |
| 8 | only be altered by order of the Court and only upon a showing of good cause." (*Id.* at 2:1-2.) |
| 9 | WHEREAS, Plaintiffs contacted Defendants on February 24, 2020 to request a one-week |
| 10 | extension to the briefing schedule for all dispositive motions. Good cause appears because |
| 11 | inclement weather in Chicago, Illinois, where Plaintiffs' counsel is based, will likely necessitate |
| 12 | closing their office for one to two days before the dispositive motion deadline, February 27, 2020. |
| 13 | WHEREAS, Defendants agree to the extension, and seek one additional week to file all |
| 14 | reply briefs. Good cause appears because Bonnie Lau, counsel for Defendants, will be in a jury |
| 15 | trial during the entire month of March. Plaintiffs agree to this extension. |
| 16 | WHEREAS, this is the parties' first request to modify the dispositive motion schedule |
| 17 | issued on September 30, 2019. |
| 18 | WHEREAS, extending the briefing schedule will not affect the April 16, 2020 hearing |
| 19 | date for dispositive motions. |
| 20 | NOW, THEREFORE, the parties stipulate and respectfully move the Court to enter the |
| 21 | following briefing schedule for all dispositive motions: |

| Event | Deadline |
|---|---|
| Dispositive Motions | March 5, 2020 |
| Opposition briefs | March 19, 2020 |
| Reply briefs | April 2, 2020 |

1     **IT IS SO STIPULATED.**

Dated: February 24, 2020          By:     */s/ Ross M. Good*
                                          BRIAN J. WANCA (admitted *pro hac vice*)
                                          RYAN M. KELLY (admitted *pro hac vice*)
                                          GLENN L. HARA (admitted *pro hac vice*)
                                          ROSS M. GOOD (admitted *pro hac vice*)
                                          **ANDERSON + WANCA**
                                          3701 Algonquin Road, Suite 500
                                          Rolling Meadows, IL  60008
                                          Telephone: 847-368-1500
                                          Fax: 847-368-1501
                                          bwanca@andersonwanca.com
                                          rkelly@andersonwanca.com
                                          ghara@andersonwanca.com
                                          rgood@andersonwanca.com

                                          ROBERT C. SCHUBERT
                                          WILLEM F. JONCKHEER
                                          **SCHUBERT JONCKHEER & KOLBE LLP**
                                          Three Embarcadero Center, Suite 1650
                                          San Francisco, CA  94111
                                          Telephone: 415-788-4220
                                          Fax:    415-788-0161
                                          rschubert@schubertlawfirm.com
                                          wjonckheer@schubertlawfirm.com

                                          GEORGE D. JONSON (admitted *pro hac vice*)
                                          MATTHEW E. STUBBS (admitted *pro hac vice*)
                                          **MONTGOMERY JONSON LLP**
                                          600 Vine Street, Suite 2650
                                          Cincinnati, OH  45202
                                          Telephone: 513-241-4722
                                          Fax: 513-768-9220
                                          gjonson@mojolaw.com
                                          mstubbs@mojolaw.com

                                          *Counsel for Plaintiffs*

| | | | |
|---|---|---|---|
|1| Dated: February 24, 2020 | By: | */s/ Tiffany Cheung* |
|2| | | TIFFANY CHEUNG |
| | | | BONNIE LAU |
|3| | | ANGELA E. KLEINE |
| | | | ERIN P. LUPFER |
|4| | | **MORRISON & FOERSTER LLP** |
|5| | | *Counsel for Defendants* |

### FILER'S ATTESTATION

I, Tiffany Cheung, in compliance with Civil Local Rule 5-1(i)(3), attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: February 24, 2020            By:    */s/ Tiffany Cheung*
                                            Tiffany Cheung

# **ORDER**

Pursuant to the Stipulation of the Parties, and good cause appearing, the briefing schedule for all dispositive motions shall be as follows:

| Event | Deadline |
|---|---|
| Dispositive Motions | March 5, 2020 |
| Opposition briefs | March 19, 2020 |
| Reply briefs | April 2, 2020 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:

HAYWOOD S. GILLIAM, JR.
United States District Judge