UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRUE HEALTH CHIROPRACTIC, INC., and MCLAUGHLIN CHIROPRACTIC ASSOCIATES, INC., individually and as the representatives of a class of similarly-situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>MCKESSON CORPORATION, MCKESSON TECHNOLOGIES INC., and DOES 1-10,<br><br>Defendants. | Case No.  4:13-cv-02219-HSG (DMR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' CLAIM FOR TREBLE DAMAGES**<br><br>The Honorable Haywood S. Gilliam, Jr.<br><br>Date Action Filed:  May 15, 2013 |

Having considered Defendants' Motion for Summary Judgment, opposition and reply papers, and arguments of counsel, the Court **GRANTS** summary judgment in Defendants' favor on Plaintiffs' claim for treble damages.

**IT IS SO ORDERED.**

Dated: _____

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

[Proposed] Order Granting Defendants' Motion for Summary Judgment on Treble Damages
Case No. 4:13-cv-02219-HSG
sf-4195480

1