| | |
|---|---|
| ROBERT C. SCHUBERT (SBN 62684) | TIFFANY CHEUNG (CA SBN 211497) |
| WILLEM F. JONCKHEER (SBN 178748) | TCheung@mofo.com |
| SCHUBERT JONCKHEER & KOLBE LLP | BONNIE LAU (CA SBN 246188) |
| Three Embarcadero Center, Suite 1650 | BLau@mofo.com |
| San Francisco, CA 94111 | ANGELA E. KLEINE (CA SBN 255643) |
| Telephone: (415) 788-4220 | AKleine@mofo.com |
| rschubert@schubertlawfirm.com | MORRISON & FOERSTER LLP |
| wjonckheer@schubertlawfirm.com | 425 Market Street |
| | San Francisco, California 94105-2482 |
| BRIAN J. WANCA (admitted *pro hac vice*) | Telephone: 415.268.7000 |
| GLENN L. HARA (admitted *pro hac vice*) | Facsimile: 415.268.7522 |
| RYAN M. KELLY (admitted *pro hac vice*) | |
| ROSS M. GOOD (admitted *pro hac vice*) | ERIN P. LUPFER (CA SBN 317994) |
| ANDERSON & WANCA | ELupfer@mofo.com |
| 3701 Algonquin Road, Suite 500 | MORRISON & FOERSTER LLP |
| Rolling Meadows, IL 60008 | 12531 High Bluff Drive |
| Telephone: (847) 368-1500 | San Diego, California 92130-2040 |
| bwanca@andersonwanca.com | Telephone: 858.720.5100 |
| ghara@andersonwanca.com | Facsimile: 858.720.5125 |
| rkelly@andersonwanca.com | |
| rgood@andersonwanca.com | Attorneys for Defendants |
| | MCKESSON TECHNOLOGIES, INC., |
| Attorneys for Plaintiffs | and MCKESSON CORPORATION |

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRUE HEALTH CHIROPRACTIC INC., and MCLAUGHLIN CHIROPRACTIC ASSOCIATES, INC., individually and as the representatives of a class of similarly-situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>MCKESSON CORPORATION, MCKESSON TECHNOLOGIES, INC., and DOES 1-10,<br><br>Defendants. | Case No. 4:13-cv-02219-HSG<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND HEARING AND BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS**<br><br>The Hon. Judge Haywood S. Gilliam, Jr.<br><br>Date Action Filed: May 15, 2013 |

STIPULATION AND [PROPOSED] ORDER TO EXTEND HEARING & BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS
CASE NO. 4:13-CV-02219-HSG

1    Pursuant to Civil Local Rule 7-12 and the Court's Order (ECF No. 344), Plaintiffs and
2    Defendants McKesson Corporation and McKesson Technologies, Inc. (collectively,
3    "Defendants"), by and through their respective counsel, stipulate and move the Court to
4    reschedule the dispositive motion hearing date previously set for hearing on April 16, 2020, to
5    May 21, 2020, and to reset the schedule for opposition and reply briefs that remain to be filed in
6    connection with dispositive motions.

7    WHEREAS, on September 30, 2019, the Court ordered that dispositive motions be filed
8    by February 27, 2020. (ECF No. 344). The Court set the hearing date for dispositive motions for
9    April 16, 2020, at 2:00 p.m. (*Id.* at 1:19). The Court informed the parties that "[t]hese dates may
10   only be altered by order of the Court and only upon a showing of good cause." (*Id.* at 2:1-2).

11   WHEREAS, the Court previously granted the parties' request for a one-week extension to
12   the briefing schedule for all dispositive motions, and to allow one additional week for reply
13   briefs, which did not change the April 16, 2020 hearing date. (ECF No. 356).

14   WHEREAS, on March 5, 2020, Plaintiffs filed their Motion for Summary Judgment (ECF
15   No. 60), and Defendants filed their Motion to Decertify the Class (ECF No. 362) and Motion for
16   Summary Judgment on Plaintiffs' Claim for Treble Damages (ECF No. 363).

17   WHEREAS, opposition briefs to the pending dispositive motions are currently due
18   March 19, 2020, and replies are due April 2, 2020.

19   WHEREAS, since the filing of dispositive motions, the COVID-19 outbreak had led to the
20   declaration of a national emergency and has prompted the Chief Judge of this District to enter
21   General Order No. 72, stating that in light of the COVID-19 outbreak no jury trial will be
22   commenced before May 1, 2020, and "[a]ll civil matters will be decided on the papers, or if the
23   assigned judge believes a hearing is necessary, the hearing will be by telephone or
24   videoconference."

25   WHEREAS, the parties seek to reset the hearing to May 21, 2020, and to reset the
26   schedule for filing the remaining briefs on the pending dispositive motions. Good cause for an
27   extension appears because the COVID-19 outbreak has caused disruption for both parties, with
28   counsel for the parties forced to work remotely.

WHEREAS, this is the parties' second request to modify the dispositive motion briefing schedule and first request to modify the hearing date set by the Court on September 30, 2019.

NOW, THEREFORE, the parties stipulate and respectfully move the Court to reset the dispositive motion hearing and enter the following schedule for filing the remaining briefs on the pending dispositive motions:

| Event | Deadline |
| --- | --- |
| Opposition Briefs | April 23, 2020 |
| Reply Briefs | May 7, 2020 |
| Hearing on ECF Nos. 360, 362, 363 | May 21, 2020 |

**IT IS SO STIPULATED.**

Dated: March 17, 2020         By:   */s/ Ross M. Good*
BRIAN J. WANCA (admitted *pro hac vice*)
RYAN M. KELLY (admitted *pro hac vice*)
GLENN L. HARA (admitted *pro hac vice*)
ROSS M. GOOD (admitted *pro hac vice*)
**ANDERSON + WANCA**
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368-1500
Fax: 847-368-1501
bwanca@andersonwanca.com
rkelly@andersonwanca.com
ghara@andersonwanca.com
rgood@andersonwanca.com

ROBERT C. SCHUBERT
WILLEM F. JONCKHEER
**SCHUBERT JONCKHEER & KOLBE LLP**
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: 415-788-4220
Fax:    415-788-0161
rschubert@schubertlawfirm.com
wjonckheer@schubertlawfirm.com

|  |  |  |
|---|---|---|
| | | GEORGE D. JONSON (admitted *pro hac vice*) |
| | | MATTHEW E. STUBBS (admitted *pro hac vice*) |
| | | **MONTGOMERY JONSON LLP** |
| | | 600 Vine Street, Suite 2650 |
| | | Cincinnati, OH 45202 |
| | | Telephone: 513-241-4722 |
| | | Fax: 513-768-9220 |
| | | gjonson@mojolaw.com |
| | | mstubbs@mojolaw.com |

*Counsel for Plaintiffs*

| Dated: March 17, 2020 | By: | */s/ Tiffany Cheung* |
|---|---|---|
| | | TIFFANY CHEUNG |
| | | BONNIE LAU |
| | | ANGELA E. KLEINE |
| | | ERIN P. LUPFER |
| | | **MORRISON & FOERSTER LLP** |

*Counsel for Defendants*

### **FILER'S ATTESTATION**

I, Glenn L. Hara, in compliance with Civil Local Rule 5-1(i)(3), attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

| Dated: March 17, 2020 | By: | */s/ Glenn L. Hara* |
|---|---|---|
| | | Glenn L. Hara |

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO EXTEND HEARING & BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS
CASE NO. 4:13-CV-02219-HSG

3

# [PROPOSED] ORDER

Pursuant to the Stipulation of the Parties, and good cause appearing, the briefing schedule for remaining briefs on dispositive motions and the hearing on the motions for dispositive motions shall be as follows:

| Event | Deadline |
|---|---|
| Opposition Briefs | April 23, 2020 |
| Reply Briefs | May 7, 2020 |
| Hearing on ECF Nos. 360, 362, 363 | May 21, 2020 at 2:00 p.m. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 3/18/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND HEARING & BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS
CASE NO. 4:13-CV-02219-HSG

4