TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
BONNIE LAU (CA SBN 246188)
BLau@mofo.com
ANGELA E. KLEINE (CA SBN 255643)
AKleine@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

ERIN P. LUPFER (CA SBN 317994)
ELupfer@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

Attorneys for Defendants
MCKESSON TECHNOLOGIES INC. and
MCKESSON CORPORATION

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRUE HEALTH CHIROPRACTIC INC., and MCLAUGHLIN CHIROPRACTIC ASSOCIATES, INC., individually and as the representatives of a class of similarly-situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>MCKESSON CORPORATION, MCKESSON TECHNOLOGIES INC., and DOES 1-10,<br><br>Defendants. | Case No.  4:13-cv-02219-HSG (DMR)<br><br>**JOINT NOTICE REGARDING MEDIATION**<br><br>The Hon. Judge Haywood S. Gilliam, Jr.<br><br>Date Action Filed:  May 15, 2013 |

1  Plaintiffs McLaughlin Chiropractic Associates, Inc. and the Class and Defendants
2  McKesson Corporation and McKesson Technologies Inc., by and through their respective
3  counsel, hereby provide notice to the Court that they are scheduled to mediate this action on
4  September 10, 2020, with Judge Edward J. Infante (Ret.) at JAMS.  If the parties resolve the case,
5  they will promptly notify the Court.

Dated:  August 4, 2020              MORRISON & FOERSTER LLP

                                     By:  /s/ Tiffany Cheung
                                          TIFFANY CHEUNG

                                          Attorneys for Defendants
                                          MCKESSON TECHNOLOGIES INC.
                                          and MCKESSON CORPORATION

Dated:  August 4, 2020              By:  /s/ Ross M. Good
                                          ROSS M. GOOD (admitted *pro hac vice*)
                                          BRIAN J. WANCA (admitted *pro hac vice*)
                                          RYAN M. KELLY (admitted *pro hac vice*)
                                          GLENN L. HARA (admitted *pro hac vice*)
                                          **ANDERSON + WANCA**
                                          3701 Algonquin Road, Suite 500
                                          Rolling Meadows, IL  60008
                                          Telephone:     847-368-1500
                                          Fax:           847-368-1501
                                          rgood@andersonwanca.com
                                          bwanca@andersonwanca.com
                                          rkelly@andersonwanca.com
                                          ghara@andersonwanca.com

                                          ROBERT C. SCHUBERT
                                          WILLEM F. JONCKHEER
                                          **SCHUBERT JONCKHEER & KOLBE LLP**
                                          Three Embarcadero Center, Suite 1650
                                          San Francisco, CA  94111
                                          Telephone:     415-788-4220
                                          Fax:           415-788-0161
                                          rschubert@schubertlawfirm.com
                                          wjonckheer@schubertlawfirm.com

| | |
|---|---|
| 1 | GEORGE D. JONSON (admitted *pro hac vice*) |
| 2 | MATTHEW E. STUBBS (admitted *pro hac vice*) |
|   | **Montgomery Jonson LLP** |
| 3 | 600 Vine Street, Suite 2650 |
|   | Cincinnati, OH  45202 |
| 4 | Telephone:     513-241-4722 |
|   | Fax:                 513-241-8775 |
| 5 | gjonson@mojolaw.com |
| 6 | mstubbs@mojolaw.com |
| 7 | Attorneys for Plaintiffs |

### FILER'S ATTESTATION

I, Tiffany Cheung, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated:  August 4, 2020          By:     */s/ Tiffany Cheung*
                                                Tiffany Cheung

JOINT NOTICE REGARDING MEDIATION
CASE NO. 4:13-CV-02219-HSG (DMR)
sf-4313415

2