UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUE HEALTH CHIROPRACTIC INC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MCKESSON CORPORATION, et al., <br><br> Defendants. | Case No. 13-cv-02219-HSG <br><br> **ORDER REGARDING UPDATED NOTICE** |

On December 24, 2020, the Court denied Defendant's motion to decertify, but modified the class definition to include a Stand-Alone Fax Machine Class and an Online Fax Services Class. *See* Dkt. No. 393. In light of the modification, the Court set forth a proposal regarding updated class notice and directed the parties to submit separate statements indicating whether the party objects to or agrees with the proposal. *Id.* On January 19, 2021, the parties filed the required statements. *See* Dkt. Nos. 394, 395.

The Court finds that supplemental notice is warranted and **DIRECTS** the parties to provide updated class notice in the form set out in Exhibit B to Plaintiffs' statement. *See* Dkt. No. 394-1 ("Exhibit B"). The updated class notice shall be distributed using the same process approved for the original October 2019 notice, with an opt-out deadline 90 days from the date of this Order.

**IT IS SO ORDERED.**

Dated: 1/20/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge