| | |
|---|---|
| ROBERT C. SCHUBERT (SBN 62684)<br>WILLEM F. JONCKHEER (SBN 178748)<br>SCHUBERT JONCKHEER & KOLBE LLP<br>Three Embarcadero Center, Suite 1650<br>San Francisco, CA 94111<br>Telephone: (415) 788-4220<br>rschubert@schubertlawfirm.com<br>wjonckheer@schubertlawfirm.com<br><br>BRIAN J. WANCA (admitted *pro hac vice*)<br>GLENN L. HARA (admitted *pro hac vice*)<br>RYAN M. KELLY (admitted *pro hac vice*)<br>ROSS M. GOOD (admitted *pro hac vice*)<br>ANDERSON & WANCA<br>3701 Algonquin Road, Suite 500<br>Rolling Meadows, IL 60008<br>Telephone: (847) 368-1500<br>bwanca@andersonwanca.com<br>ghara@andersonwanca.com<br>rkelly@andersonwanca.com<br>rgood@andersonwanca.com<br><br>Attorneys for Plaintiffs<br><br>[Additional Counsel on Signature Page] | TIFFANY CHEUNG (CA SBN 211497)<br>TCheung@mofo.com<br>BONNIE LAU (CA SBN 246188)<br>BLau@mofo.com<br>ANGELA E. KLEINE (CA SBN 255643)<br>AKleine@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>ERIN P. LUPFER (CA SBN 317994)<br>ELupfer@mofo.com<br>MORRISON & FOERSTER LLP<br>12531 High Bluff Drive<br>San Diego, California 92130-2040<br>Telephone: 858.720.5100<br>Facsimile: 858.720.5125<br><br>Attorneys for Defendants<br>MCKESSON TECHNOLOGIES, INC.,<br>and MCKESSON CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRUE HEALTH CHIROPRACTIC INC., and MCLAUGHLIN CHIROPRACTIC ASSOCIATES, INC., individually and as the representatives of a class of similarly-situated persons,<br><br>     Plaintiffs,<br><br>   v.<br><br>MCKESSON CORPORATION, MCKESSON TECHNOLOGIES, INC., and DOES 1-10,<br><br>     Defendants. | Case No. 4:13-cv-02219-HSG<br><br>**STIPULATED MOTION AND ORDER TO RESET HEARING ON PLAINTIFF'S MOTION**<br><br>The Hon. Judge Haywood S. Gilliam, Jr.<br><br>Date Action Filed: May 15, 2013 |

STIPULATION AND ORDER TO RESET HEARING ON MOTION
CASE NO. 4:13-CV-02219-HSG

Pursuant to Civil Local Rule 7-12 and the Clerk's Notice (ECF No. 406), Plaintiff McLaughlin Chiropractic Associates Inc. ("Plaintiff") and Defendants McKesson Corporation and McKesson Technologies, Inc. (collectively, "Defendants"), by and through their respective counsel, stipulate and move the Court to reschedule the motion hearing date previously set for hearing on September 2, 2021 at 2:00 PM, to July 29, 2021 at 2:00 PM.

WHEREAS, Plaintiff filed its Motion for Entry of Authorization Order Under the Cable Act ("Motion") on June 8, 2021. (Doc. 405).

WHEREAS, at the time Plaintiff filed its Motion, the earliest hearing date available was September 2, 2021.

WHEREAS, because the pretrial conference is on September 7, 2021, and trial is set to begin October 18, 2021, Defendants offered to stipulate to an earlier hearing date for Plaintiff's Motion. Plaintiff agreed.

WHEREAS, the parties seek to shorten the time for the hearing to July 29, 2021, so that Plaintiff's Motion might be resolved in advance of the pretrial conference and trial.

WHEREAS, this is the parties' first request to modify the hearing date for Plaintiff's Motion.

WHEREAS, this requested modification will not affect the briefing schedule or the rest of the case schedule.

NOW, THEREFORE, the parties stipulate and respectfully move the Court to reset the hearing on Plaintiff's Motion to July 29, 2021 at 2:00 PM.

**IT IS SO STIPULATED.**

Dated: June 22, 2021  By:  */s/ Ross M. Good*
BRIAN J. WANCA (admitted *pro hac vice*)
RYAN M. KELLY (admitted *pro hac vice*)
GLENN L. HARA (admitted *pro hac vice*)
ROSS M. GOOD (admitted *pro hac vice*)
**ANDERSON + WANCA**
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008

| | |
|---|---|
| 1 | Telephone: 847-368-1500 |
| 2 | Fax: 847-368-1501 |
| | bwanca@andersonwanca.com |
| 3 | rkelly@andersonwanca.com |
| | ghara@andersonwanca.com |
| 4 | rgood@andersonwanca.com |

ROBERT C. SCHUBERT
WILLEM F. JONCKHEER
**SCHUBERT JONCKHEER & KOLBE LLP**
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: 415-788-4220
Fax:    415-788-0161
rschubert@schubertlawfirm.com
wjonckheer@schubertlawfirm.com

GEORGE D. JONSON (admitted *pro hac vice*)
MATTHEW E. STUBBS (admitted *pro hac vice*)
**MONTGOMERY JONSON LLP**
600 Vine Street, Suite 2650
Cincinnati, OH 45202
Telephone: 513-241-4722
Fax: 513-768-9220
gjonson@mojolaw.com
mstubbs@mojolaw.com

*Counsel for Plaintiffs*

Dated: June 22, 2021     By:    /s/Bonnie Lau
                                TIFFANY CHEUNG
                                BONNIE LAU
                                ANGELA E. KLEINE
                                ERIN P. LUPFER
                                **MORRISON & FOERSTER LLP**

                                *Counsel for Defendants*

STIPULATION AND ORDER TO RESET HEARING ON MOTION
CASE NO. 4:13-CV-02219-HSG (DMR)

2

**FILER'S ATTESTATION**

I, Ross M. Good, in compliance with Civil Local Rule 5-1(i)(3), attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: June 22, 2021            By:    /s/ Ross M. Good
                                                             Ross M. Good

**ORDER**

Pursuant to the Stipulation of the Parties, and good cause appearing, the hearing on Plaintiff's Motion for Entry of Authorization Order Under The Cable Act (Doc. 405) shall be reset to July 29, 2021 at 2:00 PM.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 6/23/2021

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge