# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| True Health Chiropractic, Inc., <br><br>　　　　Plaintiff(s), <br><br>　　v. <br><br>McKesson Corporation, et al., <br><br>　　　　Defendant(s). | Case No. 4:13-cv-02219-HSG <br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br>(CIVIL LOCAL RULE 11-3) |

I, Lyndsey Cain, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendants, McKesson Corporation, et al. in the above-entitled action. My local co-counsel in this case is Bonnie Lau, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| MORRISON & FOERSTER LLP <br> 370 Seventeenth St., Denver, CO 80202 | MORRISON & FOERSTER LLP <br> 425 Market St, San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (303) 592-2276 | (415) 268-6511 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| lcain@mofo.com | blau@mofo.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is:   49347    .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application. I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct***.

Dated:   07/20/2021    　　　　　　　　　　　　   */s/ Lyndsey Cain*
　　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Lyndsey Cain is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  7/20/2021　　　　　　　　　　　　　　*Haywood S. Gill, Jr.*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE



# SUPREME COURT
## State of Colorado,

**STATE OF COLORADO, ss:**

I, __Cheryl Stevens__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__Lyndsey Haas Cain__

has been duly licensed and admitted to practice as an

ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __17th__ day of __May__ A.D. __2016__ and that at the date hereof the said __Lyndsey Haas Cain__ is in good standing at this Bar.



**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __16th__ day of __July__ A.D. __2021__

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk