ROBERT C. SCHUBERT S.B.N. 62684
WILLEM F. JONCKHEER S.B.N. 178748
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161
rschubert@sjk.law
wjonckheer@sjk.law

BRIAN J. WANCA (admitted *pro hac vice*)
GLENN L. HARA (admitted *pro hac vice*)
RYAN M. KELLY (admitted *pro hac vice*)
ROSS M. GOOD (admitted *pro hac vice*)
ANDERSON & WANCA
3701 Algonquin Road, Ste 500
Rolling Meadows, IL 60008
Telephone: (847)368-1500
Facsimile: (847)368-1501
bwanca@andersonwanca.com
ghara@andersonwanca.com
rkelly@andersonwanca.com
rgood@andersonwanca.com

*Class Counsel*

ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
(847) 368-1500

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

TRUE HEALTH CHIROPRACTIC, INC., and MCLAUGHLIN CHIROPRACTIC ASSOCIATES, INC., individually and as the representatives of a class of similarly-situated persons,

Plaintiffs,

v.

MCKESSON CORPORATION, MCKESSON TECHNOLOGIES, INC., and JOHN DOES 1-10,

Defendants.

**No. 4:13-cv-02219-HSG**

**ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF AUTHORIZATION ORDER UNDER THE CABLE ACT**

Hon. Haywood S. Gilliam, Jr.

SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

Upon consideration of Plaintiff MCLAUGHLIN CHIROPRACTIC ASSOCIATES, INC.'s Motion for Entry of an Authorization Order Under the Cable Communication Policy Act of 1984, 47 U.S.C. § 551, *et seq*., and the Court being duly advised in the premises, this Court **GRANTS** the Motion and **ORDERS** as follows:

**IT IS ORDERED** that: third party subpoena respondents in the above-captioned case are hereby authorized to disclose the requested information in said subpoenas, namely: For each telephone number on the list for the date(s) listed, identify whether or not you provided online fax service to the subscriber of that telephone number.

**IT IS FURTHER ORDERED** that: Plaintiff may serve a copy of this Order on third party phone carriers along with a subpoena requesting the information set forth above in Request No. 1, advising them of this Order;

**IT IS FURTHER ORDERED** that:

(a) To the extent the phone carriers find it necessary to provide notice, the phone carriers shall have thirty (30) calendar days after said notice to notify subscribers that their name and address are being sought by Plaintiff;

(b) each subscriber whose name and address are sought shall have thirty (30) calendar days from the date of such notice to file suit, submit, or otherwise assert any opposition to the requested disclosure; and

(c) payment to the phone carriers by Plaintiff of all reasonable costs of: (i) compiling the names and addresses of subscribers; (ii) providing pre-disclosure notifications to subscribers; and (iii) all other reasonable costs and fees incurred responding to discovery, the determination of which will be addressed by Plaintiff and the phone carrier.

(d) Phone carriers may provide notice using any reasonable means, including but not limited to written notice sent to the subscriber's last known address, transmitted either by first class mail or via overnight service.

SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

**IT IS FURTHER ORDERED** that: any information disclosed to Plaintiff in response to the subpoena issued under Rule 45 of the Federal Rules of Civil Procedure may be used by Plaintiff solely for this matter and solely consistent with any orders entered by the Court in this matter.

**IT IS FURTHER ORDERED** that: good faith attempts by the phone carriers to notify the subscriber(s) shall constitute compliance with this order.

Date: July 26, 2021

Haywood S. Gilliam, Jr.
Hon. Haywood S. Gilliam, Jr.