TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
BONNIE LAU (CA SBN 246188)
BLau@mofo.com
JESSICA GRANT (CA SBN 178138)
JGrant@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

LYNDSEY H. CAIN (admitted *pro hac vice*)
LCain@mofo.com
MORRISON & FOERSTER LLP
4200 Republic Plaza
Denver, Colorado 80202
Telephone: 303.592.2226
Facsimile: 303.592.1510

ERIN P. LUPFER (CA SBN 317994)
ELupfer@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

Attorneys for Defendants
MCKESSON TECHNOLOGIES INC. and
MCKESSON CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| TRUE HEALTH CHIROPRACTIC, INC., and MCLAUGHLIN CHIROPRACTIC ASSOCIATES, INC., individually and as the representatives of a class of similarly-situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>MCKESSON CORPORATION, MCKESSON TECHNOLOGIES INC., and DOES 1-10,<br><br>Defendants. | Case No. 4:13-cv-02219-HSG<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE PHONE CARRIER DECLARATIONS**<br><br>Trial:      October 18, 2021<br>Time:      8:30 a.m.<br>Courtroom: 2, 4th Floor<br>Judge:     Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rule 7-11, Defendants McKesson Technologies Inc. and McKesson Corporation (collectively, "Defendants") move the Court for leave to file the Declaration of Lisa Likely on behalf of AT&T Corporation ("AT&T Declaration") and the Declaration of Jack Hansen on behalf of Frontier Communications ("Frontier Declaration").

The Court ordered Plaintiffs' counsel to "promptly file any additional declarations or equivalent materials it receives from the telephone carriers on a rolling basis." (ECF No. 457 at 1:19-20.) Last week, AT&T and Frontier, who together purportedly serviced 42% of the class during the class period, provided declarations attesting to their inability to determine whether a subscriber received faxes via online fax services or on a stand-alone fax machine. (Declaration of Bonnie Lau in Support of Defendants' Administrative Motion ("Lau Decl.") ¶¶ 2-3, Exs. A-B.) The AT&T and Frontier Declarations relate directly to Plaintiffs' attempt to prove how class members received the faxes at issue through the subpoena process and should therefore be filed with the Court.

Plaintiffs, however, have failed to file those two declarations with the Court. Defendants met and conferred with Plaintiffs to ask them to comply with the Court's Order and file the AT&T and Frontier Declarations, but Plaintiffs' counsel indicated that they believe these declarations fall outside of the Court's Order. (Lau Decl. ¶¶ 4-5, Exs. C-D.) Even after Plaintiffs' counsel acknowledged that the Frontier Declaration is responsive to Plaintiffs' subpoena, Plaintiffs have not confirmed that they will file that declaration with the Court. (Lau Decl. ¶ 6, Ex. E.) As a result, Defendants seek leave to file the AT&T and Frontier Declarations so that they are part of the record as the Court considers Plaintiffs' offer of proof.

Dated: September 22, 2021                    MORRISON & FOERSTER LLP


By: */s/ Tiffany Cheung*
    Tiffany Cheung

    Attorney for Defendants
    MCKESSON TECHNOLOGIES INC.
    and MCKESSON CORPORATION