1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

12

13

14

15

16

17

18

19

20

TRUE HEALTH CHIROPRACTIC, INC., and
MCLAUGHLIN CHIROPRACTIC
ASSOCIATES, INC., individually and as the
representatives of a class of similarly-situated
persons,

                  Plaintiffs,

     v.

MCKESSON CORPORATION,
MCKESSON TECHNOLOGIES INC., and
DOES 1-10,

                 Defendants.

Case No.  4:13-cv-02219-HSG

**ORDER GRANTING DEFENDANTS'
ADMINISTRATIVE MOTION FOR
LEAVE TO FILE PHONE CARRIER
DECLARATIONS**

The Honorable Haywood S. Gilliam, Jr.

21

22

23

24

25

26

27

28

1    Having considered Defendants' Administrative Motion for Leave to File Phone Carrier

2  Declarations and any opposition, the Court **GRANTS** the Motion and directs Defendants to file

3  the AT&T Declaration and Frontier Declaration as separate docket entries.

4    **IT IS SO ORDERED.**

5  Dated: _____ 9/24/2021 _____

6

7

8  HAYWOOD S. GILLIAM, JR.
   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28