**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRUE HEALTH CHIROPRACTIC, INC., and MCLAUGHLIN CHIROPRACTIC ASSOCIATES, INC., individually and as the representatives of a class of similarly-situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>MCKESSON CORPORATION, MCKESSON TECHNOLOGIES, INC., and JOHN DOES 1-10,<br><br>Defendants. | Case No. 4:13-cv-02219-HSG<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE MCKESSON'S COMMUNICATIONS WITH TELEPHONE CARRIERS**<br><br>District Judge: Hon. Haywood S. Gilliam, Jr. |

This matter having come before the Court on Plaintiff McLaughlin Chiropractic Associates, Inc.'s Administrative Motion to File McKesson's Communication with a Telephone Carrier ("Motion") and the Court finds that Plaintiff has satisfied the requirements of Civil Local Rule 7-11.

Therefore, IT IS HEREBY ORDERED that the Court **GRANTS** the Motion and directs Plaintiff to file Defendant's communication with a telephone carrier as a separate docket entry.

ENTER:

_____
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge