STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7025
FAX: (415) 436-6748
pamela.johann@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRUE HEALTH CHIROPRACTIC, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>McKESSON CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 4:13-cv-02219-HSG<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

　　　　PLEASE TAKE NOTICE that representation of the United States of America has been reassigned to Pamela T. Johann, Assistant United States Attorney. Please direct all notices, pleadings, and correspondence to her attention at the captioned address. Please remove Neill T. Tseng from the service list. While Stephanie M. Hinds and Michelle Lo will appear on the pleadings, no service need be made on them.

　　　　The United States of America is listed on the docket as an Interested Party. On September 24, 2014, Defendants McKesson Technologies, Inc., and McKesson Corporation ("Defendants") filed a notice of constitutional challenge with respect to 47 U.S.C. § 227. On November 25, 2014, the United States filed a notice indicating that it was unaware of any motion or other filing that details the basis of Defendants' constitutional challenge or seeks a Court ruling striking down the identified provisions of

47 U.S.C. § 227.  *See* Dkt. No. 136.  To date, the United States remains unaware of any motion or filing detailing the basis of Defendants' challenge.

      If Defendants seek a Court ruling on the constitutionality of 47 U.S.C. § 227 in a dispositive motion or other filing, the United States respectfully requests that, as Federal Rule of Civil Procedure 5.1 and 28 U.S.C. § 2403 require, the Court notify the United States of that challenge and permit the United States to intervene within sixty days of that notice.

DATED: October 15, 2021                     Respectfully submitted,

                                                     STEPHANIE M. HINDS
                                                     Acting United States Attorney

                                                     */s/ Pamela T. Johann*
                                                     PAMELA T. JOHANN
                                                     Assistant United States Attorney

                                                     Attorneys for United States of America