1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

TRUE HEALTH CHIROPRACTIC, INC., and
MCLAUGHLIN CHIROPRACTIC
ASSOCIATES, INC., individually and as the
representatives of a class of similarly-situated
persons,

                         Plaintiffs,

        v.

MCKESSON CORPORATION, MCKESSON
TECHNOLOGIES, INC., and JOHN DOES 1-
10,

                         Defendants.

Case No. 4:13-cv-02219-HSG

**ORDER GRANTING PLAINTIFFS'
UNOPPOSED ADMINISTRATIVE
MOTION FOR APPROVAL OF
DISSEMINATION OF
DECERTIFICATION NOTICE**

District Judge:  Hon. Haywood S. Gilliam, Jr.

The Court has reviewed Plaintiffs' Unopposed Administrative Motion For Approval of

Dissemination of the Decertification Notice ("Motion").

IT IS HEREBY ORDERED that the Court **GRANTS** the Motion and directs Plaintiffs to

proceed with sending the Notice of Decertification (attached as Exhibit A to the Declaration of

Ross M. Good in support of Plaintiffs' motion) to the Class via the Distribution Plan described in

the motion.

ENTER:  11/9/2021

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

ORDER  GRANTING  PLAINTIFFS'  UNOPPOSED  ADMINISTRATIVE  MOTION
FOR APPROVAL OF DISSEMINATION OF DECERTIFICATION NOTICE