| | |
|---|---|
| ROBERT C. SCHUBERT (CA SBN 62684)<br>WILLEM F. JONCKHEER (CA SBN 178748)<br>SCHUBERT JONCKHEER & KOLBE LLP<br>Three Embarcadero Center, Suite 1650<br>San Francisco, CA 94111<br>Telephone: (415) 788-4220<br>rschubert@schubertlawfirm.com<br>wjonckheer@schubertlawfirm.com<br><br>BRIAN J. WANCA (*pro hac vice*)<br>GLENN L. HARA (*pro hac vice*)<br>RYAN M. KELLY (*pro hac vice*)<br>ROSS M. GOOD (*pro hac vice*)<br>ANDERSON & WANCA<br>3701 Algonquin Road, Suite 500<br>Rolling Meadows, IL 60008<br>Telephone: (847) 368-1500<br>bwanca@andersonwanca.com<br>ghara@andersonwanca.com<br>rkelly@andersonwanca.com<br>rgood@andersonwanca.com<br><br>GEORGE D. JONSON (*pro hac vice*)<br>MATTHEW E. STUBBS (*pro hac vice*)<br>MONTGOMERY JONSON LLP<br>600 Vine Street, Suite 2650<br>Cincinnati, OH 45202<br>Telephone: 513-241-4722<br>gjonson@mojolaw.com<br>mstubbs@mojolaw.com<br><br>Attorneys for Plaintiffs | TIFFANY CHEUNG (CA SBN 211497)<br>TCheung@mofo.com<br>BONNIE LAU (CA SBN 246188)<br>BLau@mofo.com<br>JESSICA L. GRANT (CA SBN 178138)<br>JGrant@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>LYNDSEY H. CAIN (*pro hac vice*)<br>LCain@mofo.com<br>MORRISON & FOERSTER LLP<br>4200 Republic Plaza<br>370 Seventeenth Street<br>Denver, Colorado 80202-5638<br>Telephone: 303.592.2226<br>Facsimile: 303.592.1510<br><br>ERIN P. LUPFER (CA SBN 317994)<br>ELupfer@mofo.com<br>MORRISON & FOERSTER LLP<br>12531 High Bluff Drive<br>San Diego, California 92130-2040<br>Telephone: 858.720.5100<br>Facsimile: 858.720.5125<br><br>Attorneys for Defendants<br>MCKESSON TECHNOLOGIES INC.<br>and MCKESSON CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRUE HEALTH CHIROPRACTIC INC., and MCLAUGHLIN CHIROPRACTIC ASSOCIATES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MCKESSON CORPORATION, MCKESSON TECHNOLOGIES INC., and DOES 1-10,<br><br>Defendants. | Case No. 4:13-cv-02219-HSG<br><br>**JOINT EXHIBIT LIST FOR THE COURT'S DETERMINATION OF PLAINTIFFS' INDIVIDUAL CLAIMS FOR TREBLE DAMAGES**<br><br>Trial:    January 10, 2022<br>Time:    10:00 a.m.<br>Courtroom: 2, 4th Floor<br>Judge:    Haywood S. Gilliam, Jr. |

JOINT EXHIBIT LIST FOR THE COURT'S DETERMINATION OF PLAINTIFF'S
INDIVIDUAL CLAIMS FOR TREBLE DAMAGES
Case No. 4:13-cv-02219-HSG

sf-4636856

1   Pursuant to the Court's November 1, 2021 Scheduling Order (ECF No. 493), Plaintiffs
2  McLaughlin Chiropractic Associates, Inc. and True Health Chiropractic, Inc. (collectively,
3  "Plaintiffs") and Defendants McKesson Corporation and McKesson Technologies Inc.,
4  (collectively, "Defendants," and together with Plaintiffs, the "Parties"), hereby submit the joint
5  exhibit list for the Court's determination of Plaintiffs' individual claims for treble damages.

JOINT EXHIBIT LIST FOR THE COURT'S DETERMINATION OF PLAINTIFFS'
INDIVIDUAL CLAIMS FOR TREBLE DAMAGES                                                1
Case No. 4:13-cv-02219-HSG

sf-4636856

| Exhibit No | Doc Date | Description | Proffered By | Sponsoring Witness | Stipulated to Admissibility | Objection | Response | Date Admitted into Evidence |
|---|---|---|---|---|---|---|---|---|
| 1 | | Fax Template RS-TRUEHEALTH 000352 | Plaintiffs | | Yes | | | |
| 4 | | Fax Template RS-TRUEHEALTH 000355 | Plaintiffs | | Yes | | | |
| 5 | | Fax Template RS-TRUEHEALTH 000356 | Plaintiffs | | Yes | | | |
| 6 | | Fax Template RS-TRUEHEALTH 000357 | Plaintiffs | | Yes | | | |
| 7 | | Fax Template RS-TRUEHEALTH 000358 | Plaintiffs | | Yes | | | |
| 9 | | Fax Template RS-TRUEHEALTH 000360 | Plaintiffs | | Yes | | | |
| 11 | | Fax Template RS-TRUEHEALTH 000362 | Plaintiffs | | Yes | | | |

JOINT EXHIBIT LIST FOR THE COURT'S DETERMINATION OF PLAINTIFFS'
INDIVIDUAL CLAIMS FOR TREBLE DAMAGES
Case No. 4:13-cv-02219-HSG

2

sf-4636856

| Exhibit No | Doc Date | Description | Proffered By | Sponsoring Witness | Stipulated to Admissibility | Objection | Response | Date Admitted into Evidence |
|---|---|---|---|---|---|---|---|---|
| 13 | | Fax Template RS-TRUEHEALTH 000364 | Plaintiffs | | Yes | | | |
| 16 | | Fax Template RS-TRUEHEALTH 000367 | Plaintiffs | | Yes | | | |
| 18 | | Fax Template RS-TRUEHEALTH 000370-371 | Plaintiffs | | Yes | | | |
| 22 | | Fax Template RS-TRUEHEALTH 000375 | Plaintiffs | | Yes | | | |
| 29 | | Fax Template RS-TRUEHEALTH 000384 | Plaintiffs | | Yes | | | |
| 31 | | Fax Template RS-TRUEHEALTH 000386 | Plaintiffs | | Yes | | | |
| 35 | 5/9/2008 | May 9, 2008 FCC Citation to McKesson (Faupel Dep Ex 1) | Plaintiffs | Dave Faupel, Jennifer Anderson | | Hearsay (802); Lacks foundation; Not authenticated | Self-Authenticating; Non-Hearsay | |

JOINT EXHIBIT LIST FOR THE COURT'S DETERMINATION OF PLAINTIFFS'
INDIVIDUAL CLAIMS FOR TREBLE DAMAGES
Case No. 4:13-cv-02219-HSG

3

sf-4636856

| Exhibit No | Doc Date | Description | Proffered By | Sponsoring Witness | Stipulated to Admissibility | Objection | Response | Date Admitted into Evidence |
|---|---|---|---|---|---|---|---|---|
| 47 | 2/3/2010 | February 3, 2010 Medisoft Fax (McLaughlin Dep Ex 31) | Plaintiffs | | Yes | | | |
| 48 | 2/3/2010 | February 22, 2010 Medisoft Fax (McLaughlin Dep Ex 32) | Plaintiffs | | Yes | | | |
| 49 | 5/11/2010 | May 11, 2010 Medisoft Fax (McLaughlin Dep Ex 33) | Plaintiffs | | Yes | | | |
| 57 | | Software Registration Information for McLaughlin (Franya Peterson, D.C. 0013) (Peterson Dep Ex 13) | Plaintiffs | | Yes | | | |

JOINT EXHIBIT LIST FOR THE COURT'S DETERMINATION OF PLAINTIFFS' INDIVIDUAL CLAIMS FOR TREBLE DAMAGES
Case No. 4:13-cv-02219-HSG

sf-4636856

4

| Exhibit No | Doc Date | Description | Proffered By | Sponsoring Witness | Stipulated to Admissibility | Objection | Response | Date Admitted into Evidence |
|---|---|---|---|---|---|---|---|---|
| 58 | | Medisoft Product Registration Confirmation for McLaughlin (Franya Peterson, D.C. 0012) (Peterson Dep Ex 16) | Plaintiffs | | Yes | | | |
| 59 | 7/13/2007 | July 13, 2007 Support Agreement Confirmation for McLaughlin (Franya Peterson, D.C. 0001) (Peterson Dep Ex 17) | Plaintiffs | | Yes | | | |

JOINT EXHIBIT LIST FOR THE COURT'S DETERMINATION OF PLAINTIFFS'
INDIVIDUAL CLAIMS FOR TREBLE DAMAGES
Case No. 4:13-cv-02219-HSG

5

sf-4636856

| Exhibit No | Doc Date | Description | Proffered By | Sponsoring Witness | Stipulated to Admissibility | Objection | Response | Date Admitted into Evidence |
|---|---|---|---|---|---|---|---|---|
| 60 | 7/11/2017 | July 11, 2007 Technical Support Agreement for McLaughlin (Franya Peterson, D.C. 0002 to Franya Peterson, D.C. 0005) (Peterson Dep Ex 18) | Plaintiffs | | Yes | | | |
| 61 | 7/13/2007 | July 13, 2007 Fax from Per-Se to Dr. Peterson (Franya Peterson, D.C. 0039) (Peterson Dep Ex 19) | Plaintiffs | | Yes | | | |

JOINT EXHIBIT LIST FOR THE COURT'S DETERMINATION OF PLAINTIFFS'
INDIVIDUAL CLAIMS FOR TREBLE DAMAGES
Case No. 4:13-cv-02219-HSG

sf-4636856

6

| Exhibit No | Doc Date | Description | Proffered By | Sponsoring Witness | Stipulated to Admissibility | Objection | Response | Date Admitted into Evidence |
|---|---|---|---|---|---|---|---|---|
| 62 | 7/13/2007 | July 13, 2007 Support Agreement Confirmation for McLaughlin (Franya Peterson, D.C. 0001 to Franya Peterson, D.C. 0048) (Peterson Dep Ex 20) | Plaintiffs | Franya Peterson | | Portions are duplicative of Exs. 57-61; Portions are irrelevant (402) | Relevant to background | |
| 66 | | Product Registration for Medisoft for McLaughlin (RS-TRUEHEALTH-000227) (Peterson Dep Ex 25) | Plaintiffs | | Yes | | | |

JOINT EXHIBIT LIST FOR THE COURT'S DETERMINATION OF PLAINTIFFS' INDIVIDUAL CLAIMS FOR TREBLE DAMAGES
Case No. 4:13-cv-02219-HSG

sf-4636856

7

| Exhibit No | Doc Date | Description | Proffered By | Sponsoring Witness | Stipulated to Admissibility | Objection | Response | Date Admitted into Evidence |
|---|---|---|---|---|---|---|---|---|
| 72 |  | Product Registration for Medisoft for True Health Chiropractic (RS-TRUEHEALTH-000001 to RS-TRUEHEALTH-000010) (Wilson Dep Ex 13) | Plaintiffs |  | Yes |  |  |  |
| 73 | 7/8/2015 | Plaintiff's Notice of Taking Rule 30(b)(6) Deposition (Anderson Dep Ex 21) | Plaintiffs | Jennifer Anderson |  | Hearsay (802); Irrelevant (402) | Relevant to background and treble damages; Non-Hearsay |  |

JOINT EXHIBIT LIST FOR THE COURT'S DETERMINATION OF PLAINTIFFS'
INDIVIDUAL CLAIMS FOR TREBLE DAMAGES
Case No. 4:13-cv-02219-HSG

sf-4636856

8

| Exhibit No | Doc Date | Description | Proffered By | Sponsoring Witness | Stipulated to Admissibility | Objection | Response | Date Admitted into Evidence |
|---|---|---|---|---|---|---|---|---|
| 75 | 12/30/2009 | December 30, 2009 Accelero Service Agreement and invoices of Accelero and Slingshot (RS-TRUEHEALTH 000454 to RS-TRUEHEALTH 000481) (Anderson Dep Ex 24) | Plaintiffs | | | Hearsay (802); Irrelevant (402); Lacks foundation; Not authenticated | Relevant to background and treble damages; Non-Hearsay, Admission of Party Opponent, and Record of Regularly Conducted Activities | |
| 76 | 3/31/2015 | March 31, 2015 McKesson Organization Chart (2015-05-13 [191-3] SEALED UNREDACTED Exhibit A_Org Chart) | Plaintiffs | | Yes | | | |

JOINT EXHIBIT LIST FOR THE COURT'S DETERMINATION OF PLAINTIFFS' INDIVIDUAL CLAIMS FOR TREBLE DAMAGES
Case No. 4:13-cv-02219-HSG

sf-4636856

9

| Exhibit No | Doc Date | Description | Proffered By | Sponsoring Witness | Stipulated to Admissibility | Objection | Response | Date Admitted into Evidence |
|---|---|---|---|---|---|---|---|---|
| 89 | 2007 | McKesson 10-K (2007) | Plaintiffs | Not applicable | | Irrelevant (402); Needlessly cumulative (403); Lacks foundation; Per Judge Gilliam Standing Order, "Voluminous exhibits shall be reduced by elimination of irrelevant portions or through the use of summaries" | Relevant to treble damages; Admission of Party Opponent; Absence of a Record of Regularly Conducted Activity | |
| 90 | 2008 | McKesson 10-K (2008) | Plaintiffs | Not applicable | | Irrelevant (402); Needlessly cumulative (403); Lacks foundation; Per Judge Gilliam Standing Order, "Voluminous exhibits shall be reduced by elimination of irrelevant portions or through the use of summaries" | Relevant to treble damages; Admission of Party Opponent; Absence of a Record of Regularly Conducted Activity | |

JOINT EXHIBIT LIST FOR THE COURT'S DETERMINATION OF PLAINTIFFS'
INDIVIDUAL CLAIMS FOR TREBLE DAMAGES
Case No. 4:13-cv-02219-HSG

sf-4636856

10

| Exhibit No | Doc Date | Description | Proffered By | Sponsoring Witness | Stipulated to Admissibility | Objection | Response | Date Admitted into Evidence |
|---|---|---|---|---|---|---|---|---|
| 91 | 2009 | McKesson 10-K (2009) | Plaintiffs | Not applicable | | Irrelevant (402); Needlessly cumulative (403); Lacks foundation; Per Judge Gilliam Standing Order, "Voluminous exhibits shall be reduced by elimination of irrelevant portions or through the use of summaries" | Relevant to treble damages; Admission of Party Opponent; Absence of a Record of Regularly Conducted Activity | |
| 92 | 2010 | McKesson 10-K (2010) | Plaintiffs | Not applicable | | Irrelevant (402); Needlessly cumulative (403); Lacks foundation; Per Judge Gilliam Standing Order, "Voluminous exhibits shall be reduced by elimination of irrelevant portions or through the use of summaries" | Relevant to treble damages; Admission of Party Opponent; Absence of a Record of Regularly Conducted Activity | |

JOINT EXHIBIT LIST FOR THE COURT'S DETERMINATION OF PLAINTIFFS'
INDIVIDUAL CLAIMS FOR TREBLE DAMAGES
Case No. 4:13-cv-02219-HSG

sf-4636856

11

| Exhibit No | Doc Date | Description | Proffered By | Sponsoring Witness | Stipulated to Admissibility | Objection | Response | Date Admitted into Evidence |
|---|---|---|---|---|---|---|---|---|
| 93 | 2011 | McKesson 10-K (2011) | Plaintiffs | Not applicable | | Irrelevant (402); Needlessly cumulative (403); Lacks foundation; Per Judge Gilliam Standing Order, "Voluminous exhibits shall be reduced by elimination of irrelevant portions or through the use of summaries" | Relevant to treble damages; Admission of Party Opponent; Absence of a Record of Regularly Conducted Activity | |
| 94 | 2012 | McKesson 10-K (2012) | Plaintiffs | Not applicable | | Irrelevant (402); Needlessly cumulative (403); Lacks foundation; Per Judge Gilliam Standing Order, "Voluminous exhibits shall be reduced by elimination of irrelevant portions or through the use of summaries" | Relevant to treble damages; Admission of Party Opponent; Absence of a Record of Regularly Conducted Activity | |

JOINT EXHIBIT LIST FOR THE COURT'S DETERMINATION OF PLAINTIFFS'
INDIVIDUAL CLAIMS FOR TREBLE DAMAGES
Case No. 4:13-cv-02219-HSG

12

sf-4636856

| Exhibit No | Doc Date | Description | Proffered By | Sponsoring Witness | Stipulated to Admissibility | Objection | Response | Date Admitted into Evidence |
|---|---|---|---|---|---|---|---|---|
| 117 | 2021 | McKesson Annual Report (2021) | Plaintiffs | Not applicable | | Irrelevant (402); Needlessly cumulative (403); Lacks foundation; Per Judge Gilliam Standing Order, "Voluminous exhibits shall be reduced by elimination of irrelevant portions or through the use of summaries" | Relevant to treble damages; Admission of Party Opponent; Absence of a Record of Regularly Conducted Activity | |
| 118 | 7/18/2014 | Second Amended Class Action Complaint (ECF No. 90) | Plaintiffs | | | Hearsay (802); Irrelevant (402); Lacks foundation; Untimely[1] | | |

---

[1] Defendants reserve the right to move to strike Trial Exhibit Nos. 118-120 because Plaintiffs did not identify them as potential trial exhibits until close of business on December 15, 2021, twelve days after Defendants filed their trial brief and two days before the Parties were required to submit exhibits to the Court. Plaintiffs did not include Trial Exhibit Nos. 118-120 in either of the joint exhibit lists filed with the Court on October 18, 2021. (ECF Nos. 432-3, 432-4.)

JOINT EXHIBIT LIST FOR THE COURT'S DETERMINATION OF PLAINTIFFS' INDIVIDUAL CLAIMS FOR TREBLE DAMAGES
Case No. 4:13-cv-02219-HSG

13

sf-4636856

| Exhibit No | Doc Date | Description | Proffered By | Sponsoring Witness | Stipulated to Admissibility | Objection | Response | Date Admitted into Evidence |
|---|---|---|---|---|---|---|---|---|
| 119 | 8/22/2014 | McKesson Corporation's Answer to Second Amended Complaint (ECF No. 103) | Plaintiffs | | | Irrelevant (402); Untimely | | |
| 120 | 8/22/2014 | McKesson Technologies Inc.'s Answer to Second Amended Complaint (ECF No. 104) | Plaintiffs | | | Irrelevant (402); Violates rule of completeness, as it does not include MTI's evidence to support retracting MTI's admission to Paragraph 20;[2] Untimely | | |

---

[2] (*See* ECF Nos. 353, 353-3, 353-4, 353-5, 353-6, 359.)  The Court previously determined that "MTI has already laid a foundation to find that it has retracted its judicial admission through its briefs opposing both the original and renewed class certification motions, *see* Dkt. Nos. 247, 302, and the evidentiary support submitted with this motion, *see* Dkt. Nos. 353-3, 353-4, 353-5, 353-6."  (ECF No. 369 at 4:7-10.)

JOINT EXHIBIT LIST FOR THE COURT'S DETERMINATION OF PLAINTIFFS'
INDIVIDUAL CLAIMS FOR TREBLE DAMAGES
Case No. 4:13-cv-02219-HSG

14

sf-4636856

| Exhibit No | Doc Date | Description | Proffered By | Sponsoring Witness | Stipulated to Admissibility | Objection | Response | Date Admitted into Evidence |
|---|---|---|---|---|---|---|---|---|
| 121 | 8/18/2021 | Stipulation Regarding TCPA "Advertisement" Element (ECF No. 426) | Plaintiffs | | | Factual stipulations are not proper trial exhibits; Irrelevant (402) to the Court's determination of treble damages claim | | |
| 122 | 8/20/2021 | Stipulation Regarding "Sender" Element for TCPA Liability Purposes (ECF No. 428) | Plaintiffs | | | Factual stipulations are not proper trial exhibits; Irrelevant (402) to the Court's determination of treble damages claim | | |
| 123 | 10/29/2021 | Stipulation Regarding Named Plaintiffs' Individual Receipt of Faxes at Issue (ECF No. 491) | Plaintiffs | | | Factual stipulations are not proper trial exhibits; Irrelevant (402) to the Court's determination of treble damages claim | | |

JOINT EXHIBIT LIST FOR THE COURT'S DETERMINATION OF PLAINTIFFS'
INDIVIDUAL CLAIMS FOR TREBLE DAMAGES
Case No. 4:13-cv-02219-HSG

sf-4636856

15

| | | | |
|---|---|---|---|
| 1 | Dated: December 17, 2021 | By: | */s/ Matthew E. Stubbs* |
| 2 | | | MATTHEW E. STUBBS |
| | | | **MONTGOMERY JONSON LLP** |

*Counsel for Plaintiffs*
*McLaughlin Chiropractic Associates, Inc.*
*and True Health Chiropractic Inc.*

| | | | |
|---|---|---|---|
| Dated: December 17, 2021 | By: | */s/ Tiffany Cheung* |
| | | TIFFANY CHEUNG |
| | | **MORRISON & FOERSTER LLP** |

*Counsel for Defendants*
*McKesson Technologies Inc.*
*and McKesson Corporation*

## **FILER'S ATTESTATION**

I, Tiffany Cheung, in compliance with Civil Local Rule 5-1(i)(3), attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: December 17, 2021     By:     */s/ Tiffany Cheung*
                                                  Tiffany Cheung

JOINT EXHIBIT LIST FOR THE COURT'S DETERMINATION OF PLAINTIFFS' INDIVIDUAL CLAIMS FOR TREBLE DAMAGES
Case No. 4:13-cv-02219-HSG

sf-4636856

16