ROBERT C. SCHUBERT (SBN 62684)
WILLEM F. JONCKHEER (SBN 178748)
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
rschubert@schubertlawfirm.com
wjonckheer@schubertlawfirm.com

BRIAN J. WANCA (admitted *pro hac vice*)
GLENN L. HARA (admitted *pro hac vice*)
RYAN M. KELLY (admitted *pro hac vice*)
ROSS M. GOOD (admitted *pro hac vice*)
ANDERSON & WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: (847) 368-1500
bwanca@andersonwanca.com
ghara@andersonwanca.com
rkelly@andersonwanca.com
rgood@andersonwanca.com

Attorneys for Plaintiffs

[Additional Counsel on Signature Page]

TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
BONNIE LAU (CA SBN 246188)
BLau@mofo.com
JESSICA L. GRANT (CA SBN 178138)
JGrant@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

ERIN P. LUPFER (CA SBN 317994)
ELupfer@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

Attorneys for Defendants
MCKESSON TECHNOLOGIES, INC.,
and MCKESSON CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| TRUE HEALTH CHIROPRACTIC INC., and MCLAUGHLIN CHIROPRACTIC ASSOCIATES, INC., individually and as the representatives of a class of similarly-situated persons,<br><br>    Plaintiffs,<br><br>    v.<br><br>MCKESSON CORPORATION, MCKESSON TECHNOLOGIES, INC., and DOES 1-10,<br><br>    Defendants. | Case No.  4:13-cv-02219-HSG<br><br>**STIPULATION AND  ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STRIKE**<br><br>Trial: January 10, 2022<br>Time: 10:00 a.m.<br>Courtroom: 2, 4th Floor<br>Judge: Haywood S. Gilliam, Jr. |

1    Pursuant to Civil Local Rule 7-12, Plaintiffs McLaughlin Chiropractic Associates, Inc.

2    and True Health Chiropractic, Inc. (collectively, "Plaintiffs") and Defendants McKesson

3    Corporation and McKesson Technologies, Inc. (collectively, "Defendants"), by and through their

4    respective counsel, stipulate and move the Court for an Order granting a two-day extension of

5    time for Plaintiffs to file their Opposition to Defendants' Objection to Reply Evidence and

6    Administrative Motion to Strike Untimely and New Evidence and Arguments in Plaintiffs' Reply

7    Brief Regarding Plaintiffs' Individual Claims for Treble Damages. (ECF No. 502)

8    ("Administrative Motion to Strike").

9    WHEREAS, on December 23, 2021, Defendants filed their Administrative Motion to

10   Strike. (ECF No. 502).

11   WHEREAS, under Civil Local Rule 7-11(b), an opposition to an administrative motion

12   must be filed "no later than 4 days after the motion has been filed," making Plaintiffs' opposition

13   to Defendants' Administrative Motion to Strike currently due December 27, 2021.

14   WHEREAS, the Christmas holiday spans two of the four days for Plaintiffs to file an

15   opposition: December 24, 2021 (observed) and December 25, 2021 (actual).

16   WHEREAS, two members of Plaintiffs' Counsel, Ross Good and Matthew Stubbs, are

17   currently on vacation.

18   WHEREAS, the parties stipulate to allow Plaintiffs an additional two days to file their

19   Opposition to the Administrative Motion to Strike, having good cause for an extension due to the

20   intervening Christmas holiday.

21   WHEREAS, this is the parties' first request to modify the deadline for the filing of

22   Plaintiffs' Opposition to the Administrative Motion to Strike.

23   NOW, THEREFORE, the parties stipulate and respectfully move the Court to reset the

24   deadline for Plaintiffs' Opposition to Defendants' Administrative Motion to Strike as follows:

25

26

27

| Event | Deadline |
|---|---|
| Plaintiffs' Opposition to Defendants' Motion to Strike | December 29, 2021 |

28

STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STRIKE
CASE NO. 4:13-CV-02219-HSG

1

1    **IT IS SO STIPULATED.**

2

3    Dated: December 27, 2021          By:     */s/ Ross M. Good*
                                               BRIAN J. WANCA (admitted *pro hac vice*)
4                                              RYAN M. KELLY (admitted *pro hac vice*)
                                               GLENN L. HARA (admitted *pro hac vice*)
5                                              ROSS M. GOOD (admitted *pro hac vice*)
                                               **ANDERSON + WANCA**
6                                              3701 Algonquin Road, Suite 500
                                               Rolling Meadows, IL  60008
7                                              Telephone: 847-368-1500
                                               Fax: 847-368-1501
8                                              bwanca@andersonwanca.com
                                               rkelly@andersonwanca.com
9                                              ghara@andersonwanca.com
                                               rgood@andersonwanca.com
10

11                                             ROBERT C. SCHUBERT
                                               WILLEM F. JONCKHEER
12                                             **SCHUBERT JONCKHEER & KOLBE LLP**
                                               Three Embarcadero Center, Suite 1650
13                                             San Francisco, CA  94111
                                               Telephone: 415-788-4220
14                                             Fax:    415-788-0161
                                               rschubert@schubertlawfirm.com
15                                             wjonckheer@schubertlawfirm.com
16

17                                             GEORGE D. JONSON (admitted *pro hac vice*)
                                               MATTHEW E. STUBBS (admitted *pro hac vice*)
18                                             **MONTGOMERY JONSON LLP**
                                               600 Vine Street, Suite 2650
19                                             Cincinnati, OH  45202
                                               Telephone: 513-241-4722
20                                             Fax: 513-768-9220
                                               gjonson@mojolaw.com
21                                             mstubbs@mojolaw.com
22

23                                             *Counsel for Plaintiffs*

24

25

26

27

28

Dated:  December 27, 2021          By:     */s/ Bonnie Lau*
                                           TIFFANY CHEUNG
                                           BONNIE LAU
                                           ERIN P. LUPFER
                                           **MORRISON & FOERSTER LLP**

                                           *Counsel for Defendants*

### FILER'S ATTESTATION

I, Ross M. Good, in compliance with Civil Local Rule 5-1(i)(3), attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated:  December 27, 2021          By:     */s/ Ross M. Good*
                                           Ross M. Good

STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STRIKE
CASE NO. 4:13-cv-02219-HSG

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

Pursuant to the Stipulation of the Parties, and good cause appearing, the deadline for Plaintiffs' Opposition to Defendants' Objection to Reply Evidence and Administrative Motion to Strike Untimely and New Evidence and Arguments in Plaintiffs' Reply Brief Regarding Plaintiffs' Individual Claims for Treble Damages (ECF No. 502) shall be as follows:

| Event | Deadline |
|-------|----------|
| Plaintiffs' Opposition Brief | December 29, 2021 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  1/3/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge

STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STRIKE
CASE NO. 4:13-CV-02219-HSG

4