ROBERT C. SCHUBERT (SBN 62684)
WILLEM F. JONCKHEER (SBN 178748)
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
rschubert@schubertlawfirm.com
wjonckheer@schubertlawfirm.com

BRIAN J. WANCA (admitted *pro hac vice*)
GLENN L. HARA (admitted *pro hac vice*)
RYAN M. KELLY (admitted *pro hac vice*)
ROSS M. GOOD (admitted *pro hac vice*)
ANDERSON & WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: (847) 368-1500
bwanca@andersonwanca.com
ghara@andersonwanca.com
rkelly@andersonwanca.com
rgood@andersonwanca.com

Attorneys for Plaintiffs

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TRUE HEALTH CHIROPRACTIC INC., and MCLAUGHLIN CHIROPRACTIC ASSOCIATES, INC., individually and as the representatives of a class of similarly-situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>MCKESSON CORPORATION, MCKESSON TECHNOLOGIES, INC., and DOES 1-10,<br><br>Defendants. | Case No. 4:13-cv-02219-HSG (DMR)<br><br>**PLAINTIFFS' STATEMENT OF ELEMENTS OF LIABILITY FOR PLAINTIFFS' INDIVIDUAL TCPA CLAIMS**<br><br>Pretrial Conference: January 10, 2022<br>Time: 10:00 a.m.<br>Courtroom: 2, 4th Floor<br>Judge: Haywood S. Gilliam, Jr. |

In compliance with the Court's Order (Doc. 509), Plaintiffs McLaughlin Chiropractic Associates, Inc. and True Health Chiropractic, Inc. state as follows:

There are three elements of liability for each of the Plaintiffs' individual claims under the Telephone Consumer Protection Act of 1991 ("TCPA"), 47 U.S.C. § 227, and a fourth element to establish treble damages:

ELEMENT ONE: Plaintiffs have the burden to prove that each Defendant is a "sender" of the Faxes[1] sent to Plaintiffs. A "sender" is defined as "the person or entity on whose behalf a facsimile unsolicited advertisement is sent or whose goods or services are advertised or promoted in the unsolicited advertisement." 47 C.F.R. § 64.1200(f)(11).

ELEMENT TWO: Plaintiffs have the burden to prove that the Faxes are "advertisements." An "advertisement" is defined as "any material advertising the commercial availability or quality of any property, goods, or services." 47 C.F.R. § 64.1200(f)(1); 47 U.S.C. § 227(a)(5).

ELEMENT THREE: Plaintiffs have the burden to prove that Defendant(s) sent the Faxes to a "telephone facsimile machine" by the use of a "telephone facsimile machine, computer, or other device." A "telephone facsimile machine" is defined as "equipment which has the capacity (A) to transcribe text or images, or both, from paper into an electronic signal and to transmit that signal over a regular telephone line, or (B) to transcribe text or images (or both) from an electronic signal received over a regular telephone line onto paper." 47 U.S.C. § 227(a)(3); 47 C.F.R. § 64.1200(f)(14).

ELEMENT FOUR: Plaintiffs have the burden to prove that Defendant(s) "willfully or knowingly" violated the TCPA. 47 U.S.C. § 227(b)(3)(C). A "willful" violation entails "not only knowing violations of a standard, but reckless ones as well." *Safeco Ins. Co. of Am. v. Burr*, 551 U.S. 47, 56–57 (2007).

Dated: January 10, 2022   By:   */s/ Ross M. Good*
                                BRIAN J. WANCA (admitted *pro hac vice*)
                                RYAN M. KELLY (admitted *pro hac vice*)

---

[1] *See* Stipulation Regarding Named Plaintiffs' Individual Receipt of Faxes at Issue (Doc. 491) at 2.

1 | GLENN L. HARA (admitted *pro hac vice*)
2 | ROSS M. GOOD (admitted *pro hac vice*)
**ANDERSON + WANCA**
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone: 847-368-1500
Fax: 847-368-1501
bwanca@andersonwanca.com
rkelly@andersonwanca.com
ghara@andersonwanca.com
rgood@andersonwanca.com

ROBERT C. SCHUBERT
WILLEM F. JONCKHEER
**SCHUBERT JONCKHEER & KOLBE LLP**
Three Embarcadero Center, Suite 1650
San Francisco, CA  94111
Telephone: 415-788-4220
Fax:    415-788-0161
rschubert@schubertlawfirm.com
wjonckheer@schubertlawfirm.com

GEORGE D. JONSON (admitted *pro hac vice*)
MATTHEW E. STUBBS (admitted *pro hac vice*)
**MONTGOMERY JONSON LLP**
600 Vine Street, Suite 2650
Cincinnati, OH  45202
Telephone: 513-241-4722
Fax: 513-768-9220
gjonson@mojolaw.com
mstubbs@mojolaw.com

*Attorneys for Plaintiffs*