1  TIFFANY CHEUNG (CA SBN 211497)
   TCheung@mofo.com
2  BONNIE LAU (CA SBN 246188)
   BLau@mofo.com
3  JESSICA GRANT (CA SBN 178138)
   JGrant@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  LYNDSEY H. CAIN (admitted *pro hac vice*)
   LCain@mofo.com
8  MORRISON & FOERSTER LLP
   4200 Republic Plaza
9  Denver, Colorado 80202
   Telephone: 303.592.2226
10 Facsimile: 303.592.1510

11 ERIN P. LUPFER (CA SBN 317994)
   ELupfer@mofo.com
12 MORRISON & FOERSTER LLP
   12531 High Bluff Drive
13 San Diego, California 92130-2040
   Telephone: 858.720.5100
14 Facsimile: 858.720.5125

15 Attorneys for Defendants
   MCKESSON TECHNOLOGIES INC. and
16 MCKESSON CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| TRUE HEALTH CHIROPRACTIC, INC., and MCLAUGHLIN CHIROPRACTIC ASSOCIATES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MCKESSON CORPORATION, MCKESSON TECHNOLOGIES INC., and DOES 1-10, <br><br> Defendants. | Case No. 4:13-cv-02219-HSG <br><br> **DEFENDANTS' STATEMENT OF ELEMENTS OF LIABILITY FOR PLAINTIFFS' INDIVIDUAL TCPA CLAIMS** <br><br> Pretrial Conference: January 10, 2022 <br> Time:   10:00 a.m. <br> Courtroom: 2, 4th Floor <br> Judge:   Haywood S. Gilliam, Jr. |

Pursuant to the Court's January 7, 2022 Order, Defendants McKesson Technologies Inc. and McKesson Corporation submit this "proposed statement of the elements of liability, . . . without legal argument" for Plaintiffs' individual Telephone Consumer Protection Act claims. (ECF No. 509.) Defendants reserve all appellate rights.

## I.    ELEMENTS OF TCPA LIABILITY

Under Section 227(b)(1)(C) of the TCPA, it is unlawful for a person or entity:

(1) to send,[1]

(2) to a telephone facsimile machine, i.e., a standalone fax machine,[2]

(3) an unsolicited advertisement.[3]

## II.   ELEMENTS OF TCPA CLAIM FOR TREBLE DAMAGES

Under Section 227(b)(3)(C) of the TCPA, a court has discretion to increase the award up to three times if the court finds that:

(1) the defendant willfully or knowingly

(2) sent a fax advertisement to a standalone fax machine without prior permission.

Dated: January 10, 2022

MORRISON & FOERSTER LLP

By: /s/ Tiffany Cheung
Tiffany Cheung

Attorney for Defendants
MCKESSON TECHNOLOGIES INC.
and MCKESSON CORPORATION

---

[1] (*See* ECF No. 428 at 1:24-26.)
[2] (*See* ECF No. 491 at 1:13-2:4.)
[3] (*See* ECF No. 403 at 3:17-4:1; ECF No. 491 at 2:5-6.)

DEFENDANTS' STATEMENT OF ELEMENTS OF LIABILITY FOR PLAINTIFFS' INDIVIDUAL TCPA CLAIMS
CASE NO. 4:13-CV-02219-HSG
sf-4658782

1