1  ROBERT C. SCHUBERT (CA SBN 62684)
   WILLEM F. JONCKHEER (CA SBN 178748)
2  SCHUBERT JONCKHEER & KOLBE LLP
   Three Embarcadero Center, Suite 1650
3  San Francisco, CA 94111
   Telephone: (415) 788-4220
4  rschubert@schubertlawfirm.com
   wjonckheer@schubertlawfirm.com
5
   BRIAN J. WANCA (*pro hac vice*)
6  GLENN L. HARA (*pro hac vice*)
   RYAN M. KELLY (*pro hac vice*)
7  ROSS M. GOOD (*pro hac vice*)
   ANDERSON & WANCA
8  3701 Algonquin Road, Suite 500
   Rolling Meadows, IL 60008
9  Telephone: (847) 368-1500
   bwanca@andersonwanca.com
10 ghara@andersonwanca.com
   rkelly@andersonwanca.com
11 rgood@andersonwanca.com

12 GEORGE D. JONSON (*pro hac vice*)
   MATTHEW E. STUBBS (*pro hac vice*)
13 MONTGOMERY JONSON LLP
   600 Vine Street, Suite 2650
14 Cincinnati, OH 45202
   Telephone: 513-241-4722
15 gjonson@mojolaw.com
   mstubbs@mojolaw.com
16
   Attorneys for Plaintiffs
17

TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
BONNIE LAU (CA SBN 246188)
BLau@mofo.com
JESSICA L. GRANT (CA SBN 178138)
JGrant@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

LYNDSEY H. CAIN (*pro hac vice*)
LCain@mofo.com
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, Colorado 80202-5638
Telephone: 303.592.2226
Facsimile: 303.592.1510

ERIN P. LUPFER (CA SBN 317994)
ELupfer@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

Attorneys for Defendants
MCKESSON TECHNOLOGIES INC.
and MCKESSON CORPORATION

18              NORTHERN DISTRICT OF CALIFORNIA
                       OAKLAND DIVISION
19

20 TRUE HEALTH CHIROPRACTIC, INC., and          Case No. 4:13-cv-02219-HSG
   MCLAUGHLIN CHIROPRACTIC
21 ASSOCIATES, INC.,
                                                **STIPULATION REGARDING FILING**
22              Plaintiffs,                       **REDACTED 2010 W-2 FORMS FOR**
                                                **KARI HOLLOWAY, DAVID FAUPEL,**
23       v.                                      **AND HOLLY WILSON; ORDER**

24 MCKESSON CORPORATION,                        Hearing:    March 21, 2022
   MCKESSON TECHNOLOGIES INC.,                  Time:       10:00 a.m.
25 and DOES 1-10,                               Courtroom: 2, 4th Floor
                                                Judge:      Haywood S. Gilliam, Jr.
26              Defendants.

27

28

1    Plaintiffs McLaughlin Chiropractic Associates, Inc. and True Health Chiropractic, Inc.

2  (collectively, "Plaintiffs") and Defendants McKesson Corporation and McKesson Technologies

3  Inc. (collectively, "Defendants"), by and through their respective counsel, agree and stipulate as

4  follows:

5    WHEREAS, Plaintiffs recently requested that Defendants produce to the Court redacted

6  versions of the W-2 forms for Kari Holloway, David Faupel, and Holly Wilson.  (ECF No. 519

7  at 1:18-20; ECF No. 519-1 ¶ 6.)

8    WHEREAS, Defendants agreed to do so to the extent such documents were located after a

9  reasonably diligent search, and while reserving all rights with respect to use of the W-2 forms.

10  (ECF No. 519 at 1:20-23.)

11    WHEREAS, on February 18, 2022, Defendants produced to Plaintiffs redacted versions of

12  the 2010 W-2 forms for Kari Holloway, David Faupel, and Holly Wilson.  (Declaration of

13  Tiffany Cheung in Support of Stipulation ¶¶ 3-6, Exs. A-C.)

14    WHEREAS, the parties agree that the redacted 2010 W-2 forms should be filed with the

15  Court so that they are part of the record on Plaintiffs' individual claims for treble damages.

16    NOW, THEREFORE, the parties stipulate and respectfully move the Court to permit and

17  direct Defendants to file the three redacted W-2 forms on the docket.

18

19  Dated:  February 25, 2022      By:      */s/ Ross Good*
                                            ROSS GOOD
20                                          **ANDERSON + WANCA**

21                                          *Counsel for Plaintiffs*
                                            *McLaughlin Chiropractic Associates, Inc.*
22                                          *and True Health Chiropractic Inc.*

23
    Dated:  February 25, 2022      By:      */s/ Tiffany Cheung*
24                                          TIFFANY CHEUNG
                                            **MORRISON & FOERSTER LLP**
25
                                            *Counsel for Defendants*
26                                          *McKesson Technologies Inc.*
                                            *and McKesson Corporation*

27

28

1

**FILER'S ATTESTATION**

2

I, Tiffany Cheung, in compliance with Civil Local Rule 5-1(i)(3), attest that I have on file

3

the concurrences for any signatures indicated by a "conformed" signature (/s/) within this e-filed

4

document.

5

6

Dated:  February 25, 2022                    By:     */s/ Tiffany Cheung*
                                                      Tiffany Cheung

7

8

9

10

**ORDER**

11

Pursuant to the Stipulation of the Parties, and good cause appearing, the Court directs

12

Defendants to file the three redacted W-2 forms on the docket.

13

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

14

15

DATED:  2/28/2022

16

HAYWOOD S. GILLIAM, JR.
United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28