UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUE HEALTH CHIROPRACTIC INC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MCKESSON CORPORATION, et al.,<br><br>Defendants. | Case No. 13-cv-02219-HSG<br><br>**ORDER VACATING EVIDENTIARY HEARING AND DIRECTING PARTIES TO FILE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

The Court **DIRECTS** each party to submit by March 17, 2022 proposed findings of fact and conclusions of law reflecting (1) a finding of liability against all Defendants as to Plaintiffs' individual claims; and (2) a finding that Plaintiffs have failed to show by a preponderance of the evidence that Defendants willfully or knowingly violated 47 U.S.C. § 227.  The proposed findings and conclusions must be based on the record previously submitted, including the parties' joint stipulation, Dkt. No. 515, and the materials submitted with the parties' filings regarding the determination of liability for Plaintiffs' individual claims, Dkt. Nos. 497, 498, 501.  Neither party's submission will constitute an admission as to any legal or factual issue, and all arguments and objections previously raised are preserved for appeal.  The evidentiary hearing previously scheduled for March 21, 2022 is **VACATED**, and the matter will stand submitted once the March 17 filings are received unless otherwise ordered.

**IT IS SO ORDERED.**

Dated: 3/10/2022

_Haywood S. Gilliam, Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge