| | |
|---|---|
| 1 | TIFFANY CHEUNG (CA SBN 211497) |
| | TCheung@mofo.com |
| 2 | BONNIE LAU (CA SBN 246188) |
| | BLau@mofo.com |
| 3 | JESSICA L. GRANT (CA SBN 178138) |
| | JGrant@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | LYNDSEY H. CAIN (*pro hac vice*) |
| | LCain@mofo.com |
| 8 | MORRISON & FOERSTER LLP |
| | 4200 Republic Plaza |
| 9 | 370 Seventeenth Street |
| | Denver, Colorado 80202-5638 |
| 10 | Telephone: 303.592.2226 |
| | Facsimile: 303.592.1510 |
| 11 | |
| 12 | ERIN P. LUPFER (CA SBN 317994) |
| | ELupfer@mofo.com |
| | MORRISON & FOERSTER LLP |
| 13 | 12531 High Bluff Drive |
| | San Diego, California 92130-2040 |
| 14 | Telephone: 858.720.5100 |
| | Facsimile: 858.720.5125 |
| 15 | |
| 16 | Attorneys for Defendants |
| | MCKESSON TECHNOLOGIES INC. |
| | and MCKESSON CORPORATION |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| TRUE HEALTH CHIROPRACTIC, INC., and MCLAUGHLIN CHIROPRACTIC ASSOCIATES, INC., | | Case No. 4:13-cv-02219-HSG |
| | Plaintiffs, | **DEFENDANTS' NOTICE OF FILING OF TRIAL EXHIBITS 75 AND 76** |
| v. | | |
| MCKESSON CORPORATION, MCKESSON TECHNOLOGIES INC., and DOES 1-10, | | Judge:    Haywood S. Gilliam, Jr. Courtroom: 2, 4th Floor |
| | Defendants. | |

1  Pursuant to the Court's Order (ECF No. 536), Defendants McKesson Technologies Inc.
2  and McKesson Corporation file Trial Exhibits 75 and 76.

4  Dated: May 4, 2022        MORRISON & FOERSTER LLP

6           By:    /s/ Tiffany Cheung
               Tiffany Cheung

8           Attorney for Defendants
            MCKESSON TECHNOLOGIES INC.
            and MCKESSON CORPORATION