1  TIFFANY CHEUNG (CA SBN 211497)
   TCheung@mofo.com
2  BONNIE LAU (CA SBN 246188)
   BLau@mofo.com
3  JESSICA L. GRANT (CA SBN 178138)
   JGrant@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  LYNDSEY H. CAIN (*pro hac vice*)
   LCain@mofo.com
8  MORRISON & FOERSTER LLP
   4200 Republic Plaza
9  370 Seventeenth Street
   Denver, Colorado 80202-5638
10 Telephone: 303.592.2226
   Facsimile: 303.592.1510

11
   ERIN P. LUPFER (CA SBN 317994)
12 ELupfer@mofo.com
   MORRISON & FOERSTER LLP
13 12531 High Bluff Drive
   San Diego, California 92130-2040
14 Telephone: 858.720.5100
   Facsimile: 858.720.5125

15
   Attorneys for Defendants
16 MCKESSON TECHNOLOGIES INC.
   and MCKESSON CORPORATION

17

18                              UNITED STATES DISTRICT COURT
                               NORTHERN DISTRICT OF CALIFORNIA
19                                       OAKLAND DIVISION

20  TRUE HEALTH CHIROPRACTIC, INC.,        | Case No. 4:13-cv-02219-HSG
    and MCLAUGHLIN CHIROPRACTIC            |
21  ASSOCIATES, INC.,                      | **DEFENDANTS MCKESSON
                                           | CORPORATION AND MCKESSON
22              Plaintiffs,                | TECHNOLOGIES INC.'S NOTICE OF
                                           | APPEAL**
23       v.                                |
                                           | Date:  May 9, 2022
24  MCKESSON CORPORATION,                  | Judge: Hon. Haywood S. Gilliam, Jr.
    MCKESSON TECHNOLOGIES INC.,            |
25              Defendants.

26

27

28

NOTICE OF APPEAL
CASE NO. 4:13-cv-02219-HSG
NY-2376391

**NOTICE OF APPEAL**

Notice is given that Defendants McKesson Technologies Inc. and McKesson Corporation hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on April 27, 2022.

Attached is a Representation Statement complying with Ninth Circuit Rule 3-2 and Rule 12(b) of the Federal Rules of Appellate Procedure.

Dated: May 9, 2022

Respectfully submitted,

MORRISON & FOERSTER LLP

By:    /s/ Tiffany Cheung
Tiffany Cheung

Attorney for Defendants
MCKESSON TECHNOLOGIES INC.
and MCKESSON CORPORATION

NOTICE OF APPEAL
CASE NO. 4:13-cv-02219-HSG
NY-2376391

1