1  TIFFANY CHEUNG (CA SBN 211497)
   TCheung@mofo.com
2  BONNIE LAU (CA SBN 246188)
   BLau@mofo.com
3  JESSICA L. GRANT (CA SBN 178138)
   JGrant@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  LYNDSEY H. CAIN (*pro hac vice*)
   LCain@mofo.com
8  MORRISON & FOERSTER LLP
   4200 Republic Plaza
9  370 Seventeenth Street
   Denver, Colorado 80202-5638
10 Telephone: 303.592.2226
   Facsimile: 303.592.1510

11
   ERIN P. LUPFER (CA SBN 317994)
12 ELupfer@mofo.com
   MORRISON & FOERSTER LLP
13 12531 High Bluff Drive
   San Diego, California 92130-2040
14 Telephone: 858.720.5100
   Facsimile: 858.720.5125
15
   Attorneys for Defendants
16 MCKESSON TECHNOLOGIES INC.
   and MCKESSON CORPORATION

17

18                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
19                        OAKLAND DIVISION

| | |
|---|---|
| 20 TRUE HEALTH CHIROPRACTIC, INC., and MCLAUGHLIN CHIROPRACTIC ASSOCIATES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MCKESSON CORPORATION, MCKESSON TECHNOLOGIES INC.,,<br>Defendants. | Case No. 4:13-cv-02219-HSG<br><br>**DEFENDANTS MCKESSON CORPORATION AND MCKESSON TECHNOLOGIES INC.'S REPRESENTATION STATEMENT**<br><br>Date:  May 9, 2022<br>Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to Ninth Circuit Rule 3-2 and Rule 12(b) of the Federal Rules of Appellate Procedure, all parties to this action are listed below with the names, addresses, and telephone numbers of their respective counsel.

For Plaintiffs True Health Chiropractic, Inc. and McLaughlin Chiropractic Associates, Inc.:

> Brian John Wanca
> ANDERSON & WANCA
> 3701 Algonquin Road, Suite 500
> Rolling Meadows, IL 60008
> Tel.: (847) 368-1501
>
> Glenn L. Hara
> ANDERSON + WANCA
> 3701 Algonquin Road, Suite 760
> Rolling Meadows, IL 60008
> Tel.: (847) 368-1500
>
> Ross Michael Good
> ANDERSON + WANCA
> 3701 Algonquin Road, Suite 760
> Rolling Meadows, IL 60008
> Tel.: (847) 368-1500
>
> Ryan Michael Kelly
> ANDERSON & WANCA
> 3701 Algonquin Road, Suite 500
> Rolling Meadows, IL 60008
> Tel.: (847) 368-1500
>
> Robert C. Schubert
> SCHUBERT JONCKHEER & KOLBE LLP
> Three Embarcadero Center, Suite 1650
> San Francisco, CA 94111
> Tel.: (415) 788-4220
>
> Willem F. Jonckheer
> SCHUBERT JONCKHEER & KOLBE LLP
> Three Embarcadero Center, Suite 1650
> San Francisco, CA 94111
> Tel.: (415) 788-4220
>
> Dustin Lamm Schubert
> SCHUBERT JONCKHEER & KOLBE LLP
> Three Embarcadero Center, Suite 1650

| | |
|---|---|
| 1 | San Francisco, CA 94111 |
|   | Tel.: (415) 788-4220 |
| 2 | |
| 3 | George Demetrios Jonson |
|   | MONTGOMERY JONSON LLP |
| 4 | 600 Vine Street |
|   | Suite 2650 |
| 5 | Cincinnati, OH 45202 |
|   | Tel.: (513) 241-4722 |
| 6 | |
| 7 | Matthew Elton Stubbs |
|   | MONTGOMERY JONSON LLP |
| 8 | 600 Vine Street |
|   | Suite 2650 |
| 9 | Cincinnati, OH 45202 |
|   | Tel.: (513) 241-4722 |
| 10 | |
| 11 | For Defendants McKesson Technologies Inc. and McKesson Corporation: |
| 12 | Tiffany Cheung |
|   | MORRISON & FOERSTER LLP |
| 13 | 425 Market St |
|   | San Francisco, CA 94105 |
| 14 | Tel.: (415) 268-7000 |
| 15 | |
|   | Bonnie Lau |
| 16 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 17 | San Francisco, CA 94105 |
|   | Tel.: (415) 268-6511 |
| 18 | |
| 19 | Joseph R. Palmore |
|   | MORRISON FOERSTER LLP |
| 20 | 2100 L St., NW, Suite 900 |
|   | Washington, DC 20037 |
| 21 | Tel.: (202) 887-6940 |
| 22 | |
|   | Lyndsey Haas Cain |
| 23 | MORRISON FOERSTER LLP |
|   | 370 Seventeenth St |
| 24 | Denver, CO 80202 |
|   | Tel.: (303) 592-2276 |
| 25 | |
| 26 | Melody E. Wong |
|   | MORRISON & FOERSTER LLP |
| 27 | 425 Market Street |
|   | San Francisco, CA 94105 |
| 28 | Tel.: (415) 268-6024 |

REPRESENTATION STATEMENT
CASE NO. 4:13-CV-02219-HSG
NY-2376380

2

Dated: May 9, 2022

Respectfully submitted,

MORRISON & FOERSTER LLP

By:   /s/ *Tiffany Cheung*
     Tiffany Cheung

Attorney for Defendants
MCKESSON TECHNOLOGIES INC.
and MCKESSON CORPORATION