UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 28 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TRUE HEALTH CHIROPRACTIC, INC. and MCLAUGHLIN CHIROPRACTIC ASSOCIATES, INC., individually and as representatives of a class of similarly situated persons,<br><br>      Plaintiffs - Appellees,<br><br> v.<br><br>MCKESSON CORPORATION and MCKESSON TECHNOLOGIES, INC.,<br><br>      Defendants - Appellants. | No. 22-15710<br><br>D.C. No. 4:13-cv-02219-HSG<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |
| TRUE HEALTH CHIROPRACTIC, INC.,<br><br>      Plaintiff,<br><br> and<br><br>MCLAUGHLIN CHIROPRACTIC ASSOCIATES, INC., individually and as representatives of a class of similarly situated persons,<br><br>      Plaintiff - Appellant,<br><br> v. | No. 22-15732<br><br>D.C. No. 4:13-cv-02219-HSG<br>U.S. District Court for Northern California, Oakland |

MCKESSON CORPORATION and
MCKESSON TECHNOLOGIES, INC.,

      Defendants - Appellees.

The judgment of this Court, entered October 25, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                              FOR THE COURT:

                              MOLLY C. DWYER
                              CLERK OF COURT