# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

May 21, 2024

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

     Re:  McLaughlin Chiropractic Associates, Inc.
             v. McKesson Corporation, et al.
             No. 23-1226
             (Your No. 22-15710, 22-15732)

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on May 17, 2024 and placed on the docket May 21, 2024 as No. 23-1226.

                      Sincerely,

                      **Scott S. Harris**, Clerk

                      by

                      Redmond K. Barnes
                      Case Analyst