# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

October 4, 2024

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

Re: McLaughlin Chiropractic Associates, Inc.
v. McKesson Corporation, et al.
No. 23-1226
(Your No. 22-15710, 22-15732)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.

Sincerely,

**Scott S. Harris**, Clerk