# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 22, 2025

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

> Re: **McLaughlin Chiropractic Assoc.
>     v. McKesson Corp., et al.
>     No. 23-1226 (Your docket Nos. 22-15710, 22-15732)**

Dear Clerk:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                     Sincerely,

                       SCOTT S. HARRIS, Clerk

                     By

                     M. Altner
                     Assistant Clerk – Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 22, 2025

Mr. Matthew W.H. Wessler, Esq.
Gupta Wessler LLP
2001 K Street NW
Suite 850 North
Washington, D.C. 20006

Ms. Deanne Elizabeth Maynard, Esq.
Morrison & Foerster LLP
2100 L Street, NW
Suite 900
Washington, D.C. 20037

Re: **McLaughlin Chiropractic Assoc.**
    **v. McKesson Corp., et al.**
    **No. 23-1226**

Dear Counsel:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

The petitioner is given recovery of costs in this Court as follows:

| | |
|---|---|
| **Clerk's costs:** | **$300.00** |
| **Total:** | **$300.00** |

This amount may be recovered from the respondents.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk – Judgments

cc: Clerk, 9th. Cir.
    (Your docket Nos. 22-15710, 22-15732)

# Supreme Court of the United States

No. 23–1226

**MCLAUGHLIN CHIROPRACTIC ASSOCIATES, INC.,**

Petitioner

*v.*

**MCKESSON CORPORATION, ET AL.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed with costs, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioner, McLaughlin Chiropractic Associates, Inc., recover from McKesson Corporation, et al., Three Hundred Dollars ($300.00) for costs herein expended.

June 20, 2025

**Clerk's costs:**          $300.00
**Total:**                  $300.00



A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States