**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| TRUE HEALTH CHIROPRACTIC, INC.; MCLAUGHLIN CHIROPRACTIC ASSOCIATES, INC., individually and as representatives of a class of similarly situated persons,<br><br>*Plaintiffs-Appellees*,<br><br>v.<br><br>MCKESSON CORPORATION; MCKESSON TECHNOLOGIES, INC.,<br><br>*Defendants-Appellants*. | No. 22-15710<br><br>D.C. No.<br>4:13-cv-02219-HSG<br><br>ORDER |

| | |
|---|---|
| TRUE HEALTH CHIROPRACTIC, INC.,<br><br>*Plaintiff*,<br><br>and<br><br>MCLAUGHLIN CHIROPRACTIC ASSOCIATES, INC., individually and | No.22-15732<br><br>D.C. No.<br>4:13-cv-02219-HSG |

as representatives of a class of
similarly situated persons,

   *Plaintiff-Appellant*,

 v.

MCKESSON CORPORATION;
MCKESSON TECHNOLOGIES,
INC.,

   *Defendants-Appellees*.

On Remand from the United States Supreme Court

Filed August 12, 2025

Before:  Danny J. Boggs,[*] Sidney R. Thomas, and Danielle J. Forrest, Circuit Judges.

Order

**COUNSEL**

Glenn L. Hara (argued), Anderson & Wanca, Rolling Meadows, Illinois; Willem Jonckheer, Dustin Schubert, and Robert C. Schubert, Schubert Jonckheer & Kolbe LLP, San Francisco, California; for Plaintiffs-Appellees/Cross-Appellant.

---

[*] The Honorable Danny J. Boggs, United States Circuit Judge for the U.S. Court of Appeals for the Sixth Circuit, sitting by designation.

Joseph R. Palmore (argued) and Adam L. Sorensen, Morrison & Foerster LLP, Washington, D.C.; Tiffany Cheung, Zach Z. Tan, and Bonnie Lau, Morrison & Foerster LLP, San Francisco, California; for Defendants-Appellants/Cross-Appellees.

## ORDER

Appellees' Motion for Supplemental Briefing (Dkt. 62) is DENIED. This case is REMANDED to the district court for further proceedings consistent with the United States Supreme Court's opinion in *McLaughlin Chiropractic Associates, Inc. v. McKesson Corp.*, 606 U.S. --, 145 S. Ct. 2006 (2025).