| | |
|---|---|
| ROBERT C. SCHUBERT (S.B.N. 62684) | TIFFANY CHEUNG (S.B.N. 211497) |
| WILLEM F. JONCKHEER (S.B.N. 178748) | CAMILLE FRAMROZE (S.B.N. 332075) |
| **SCHUBERT JONCKHEER & KOLBE LLP** | **MORRISON & FOERSTER LLP** |
| Three Embarcadero Center, Suite 1650 | 425 Market Street |
| San Francisco, California 94105-2482 | San Francisco, California 94111 |
| Telephone: 415-788-4220 | Telephone: 415-268-7000 |
| Fax: 415-788-0161 | Fax: 415-268-7522 |
| rschubert@schubertlawfirm.com | TCheung@mofo.com |
| wjonckheer@schubertlawfirm.com | CFramroze@mofo.com |
| | |
| *Local Counsel for Plaintiffs* | *Counsel for Defendants* |

BRIAN J. WANCA (admitted *pro hac vice*)
GLENN L. HARA (admitted *pro hac vice*)
**ANDERSON + WANCA**
3701 Algonqiun Rd., Suite 500
Rolling Meadows, Illinois 60008
Telephone: 847-368-1500
Fax: 847-368-1501
bwanca@andersonwanca.com
ghara@andersonwanca.com

*Counsel for Plaintiffs*

(Additional counsel appear on signature page)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| TRUE HEALTH CHIROPRACTIC, INC. and MCLAUGHLIN CHIROPRACTIC ASSOCIATES, INC., individually and as the representatives of a class of similarly-situated persons,<br><br>    Plaintiffs,<br><br>v.<br><br>MCKESSON CORPORATION, MCKESSON TECHNOLOGIES INC. and JOHN DOES 1-10,<br><br>    Defendants. | No.: 4:13-cv-02219-HSG<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' SECOND RENEWED MOTION FOR CLASS CERTIFICATION**<br><br>Date:        September 23, 2025<br>Time:        2:00 p.m.<br>Judge:       Hon. Haywood S. Gilliam, Jr.<br>Courtroom:   2 |

Pursuant to the Court's request at the Case Management Conference held on September 23, 2025 and the Court's Minute Order dated September 23, 2025 (ECF No. 566), Plaintiffs True Health Chiropractic, Inc. and McLaughlin Chiropractic Associates, Inc. ("Plaintiffs") and Defendants McKesson Corporation and McKesson Technologies, Inc. ("Defendants") hereby submit this stipulation regarding the briefing schedule for Plaintiffs' Second Renewed Motion for Class Certification:

WHEREAS, as directed by the Court, the parties have met and conferred regarding the briefing schedule for Plaintiffs' Second Renewed Motion for Class Certification;

WHEREAS, the Court set the hearing for Plaintiffs' Second Renewed Motion for Class Certification on January 22, 2026;

NOW, THEREFORE, the parties stipulate and respectfully request the Court to approve the following briefing schedule for Plaintiffs' Second Renewed Motion for Class Certification:

| | |
|---|---|
| Plaintiffs' Second Renewed Motion for Class Certification | October 24, 2025 |
| Defendants' Opposition to Plaintiffs' Second Renewed Motion for Class Certification | December 5, 2025 |
| Plaintiffs' Reply in Support of Second Renewed Motion for Class Certification | January 9, 2026 |
| Hearing on Plaintiffs' Second Renewed Motion for Class Certification | January 22, 2026 at 2 p.m. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 10/7/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge