Robert C. Schubert (S.B.N. 62684)
(rschubert@sjk.law)
Willem F. Jonckheer (S.B.N. 178748)
(wjonckheer@sjk.law)
Dustin L. Schubert (S.B.N. 254876)
(dschubert@sjk.law)
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union. St., Suite 200
San Francisco, California 94123
Telephone: (415) 788-4220
Fax: (415) 788-0161

*Local Counsel for Plaintiffs*

Brian J. Wanca (*admitted pro hac vice*)
(bwanca@andersonwanca.com)
Glenn L. Hara (*admitted pro hac vice*)
(ghara@andersonwanca.com)
**ANDERSON + WANCA**
3701 Algonqiun Rd., Suite 500
Rolling Meadows, Illinois 60008
Telephone: (847) 368-1500
Fax: (847) 368-1501

*Counsel for Plaintiffs*

SCHUBERT JONCKHEER & KOLBE LLP
2001 Union St., Suite 200
San Francisco, CA 94123
(415) 788-4220

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

TRUE HEALTH CHIROPRACTIC, INC. and MCLAUGHLIN CHIROPRACTIC ASSOCIATES, INC., Individually and as the Representatives of a Class of Similarly-Situated Persons,

Plaintiffs,

v.

MCKESSON CORPORATION, MCKESSON TECHNOLOGIES INC. and JOHN DOES 1- 10,

Defendants.

Case No. 4:13-cv-02219-HSG

**DECLARATION OF GLENN L. HARA IN SUPPORT OF PLAINTIFFS' SECOND RENEWED MOTION FOR CLASS CERTIFICATION**

Date: January 22, 2026
Time: 2:00 p.m.
Judge: Hon. Haywood S. Gilliam, Jr.
Courtroom: 2, 4th Floor

SCHUBERT JONCKHEER & KOLBE LLP
2001 Union St., Suite 200
San Francisco, CA 94123
(415) 788-4220

I, Glenn L. Hara, declare as follows:

1. I am an attorney at Anderson + Wanca, counsel for Plaintiffs True Health Chiropractic, Inc. and McLaughlin Chiropractic Associates, Inc., and am admitted pro hac vice in this action. I have personal knowledge of the following and could competently testify thereto if called upon to do so.

2. I have attached as Exhibit A a true and correct copy of the Deposition of Kenneth Sponsler taken in *Douglas Phillip Brust, D.C., P.C. v. Opensided MRI of St. Louis LLC*, No. 4:21-cv-0089 (E.D. Mo.), dated May 4, 2022.

3. I have attached as Exhibit B a true and correct copy of the Deposition of Kenneth Sponsler taken in *Marc Irwin Sharfman, M.D., P.A. v. Infucare Rx, LLC*, No. 6:21-cv-00525 (M.D. Fla.), dated July 19, 2022.

4. I have attached as Exhibit C a true and correct copy of the Deposition of Kenneth Sponsler taken in *Scoma Chiropractic, P.A. v. Mastercard Int'l Inc.*, No. 2:16-cv-00041-JLB-NPM (M.D. Fla.), dated January 20, 2023.

5. I have attached as Exhibit D a true and correct copy *In re Rules & Regulations Implementing the Tel. Consumer Protection Act of 1991*, CG Docket No. 02-278, Comments of Nextel Commc'ns, Inc. (filed Dec. 9, 2002), which I retrieved from the Electronic Comment Filing System (ECFS) maintained by the Federal Communications Commission (FCC).

6. I have attached as Exhibit E a true and correct copy of *In re Rules & Regulations Implementing the Tel. Consumer Protection Act of 1991*, CG Docket No. 02-278, Reply Comments of Nextel Commnc'ns, Inc. (filed Jan. 31, 2003), which I retrieved from the ECFS maintained by the FCC.

7. I have attached as Exhibit F a true and correct copy of *In re Rules & Regulations Implementing the Tel. Consumer Protection Act of 1991*, CG Docket Nos. 02-278, 05-338, WestFax Petition for Consideration & Clarification (filed Sept. 24, 2009), which I retrieved from the ECFS maintained by the FCC.

8. I have attached as Exhibit G a true and correct copy of *In re Rules & Regulations Implementing the Tel. Consumer Protection Act of 1991*, CG Docket Nos. 02-278, 05-338, Petition

SCHUBERT JONCKHEER & KOLBE LLP
2001 Union St., Suite 200
San Francisco, CA 94123
(415) 788-4220

for Expedited Declaratory Ruling of Amerifactors Fin. Group, LLC, CG Docket Nos. 02-278, 05-338 (filed July 13, 2017), which I retrieved from the ECFS maintained by the FCC.

9. I have attached as Exhibit H a true and correct copy of *In re Amerifactors Financial Group*, CG Docket Nos. 02-278, 05-338, Application for Review (filed Jan. 8, 2020), which I retrieved from the ECFS maintained by the FCC.

10. I have attached as Exhibit I a true and correct copy of the Expert Report of Robert Biggerstaff, originally filed in this action as Doc. 209-3.

11. I have attached as Exhibit J a true and correct copy of the Updated Report of Kenneth Sponsler, originally filed in this action as Doc. 364.

12. I have attached as Exhibit K a true and correct copy of the Third Updated Expert Report of Kenneth Sponsler, originally filed in this action as Doc. 548-2.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 24, 2025 s/ Glenn L. Hara