UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| True Health Chiropractic, Inc., <br> Plaintiff(s), <br> v. <br> McKesson Corporation, et al., <br> Defendant(s). | Case No. 4:13-cv-02219-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, Zach ZhenHe Tan, an active member in good standing of the bar of California, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: McKesson Corporation, et al. in the above-entitled action. My local co-counsel in this case is Tiffany Cheung, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 211497.

Morrison & Foerster LLP
425 Market Street, San Francisco, CA 94105
MY ADDRESS OF RECORD

(415) 268-7065
MY TELEPHONE # OF RECORD

ZTan@mofo.com
MY EMAIL ADDRESS OF RECORD

Morrison & Foerster LLP
425 Market Street, San Francisco, CA 94105
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 268-6848
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

TCheung@mofo.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 329303.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: 11/19/2025                                           Zach ZhenHe Tan
                                                                APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Zach ZhenHe Tan  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:   12/23/2025



UNITED STATES DISTRICT JUDGE

DENIED
Judge Haywood S. Gilliam Jr.



## Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### ZHEN HE TAN

*I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that ZHEN HE TAN, # 329303, was on the 9th day of December 2019, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 17th day of November 2025.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By: _____
Biying Jia, Deputy Clerk